Q. Ali Bey Express Trust D/B/A. QUINN S. BASS

c/o P.O. Box 166

Highland, CA 92346



E D C V 2 2 - 0 2 2 1 8 ᴊGB-SP

**"IGNORANCE OF THE LAW IS NO EXCUSE, ESPECIALLY THOSE PURPORTING TO BE PUBLIC OFFICIALS"**

## U.S. District Court

## Central District of California

### 3420 Twelfth Street Riverside, CA 92501

Quinn Bass W.O.R.

plaintiff

v

CA. Governor Gavin Newsom,

CA. Attorney General Rob Bonta

San Bernardino County District Attorney Jason Anderson,

Deputy Dist. Atty. Sheila Monjazeb,

Deputy Dist. Atty. Enrique Guerrero

Deputy Dist. Atty. Eric Ta

San Bernardino County Public Defender Coleen Bazdarich

Superior Court of California County of San Bernardino Judge Michael A. Sachs,

Superior Court of California County of San Bernardino Judge Glenn Yabuno

1 of 10

Superior Court of California County of San Bernardino Judge William Jefferson Powell IV,

Superior Court of California County of San Bernardino Judge Ronald M Christianson,

Superior Court of California County of San Bernardino Judge Harold T Wilson Jr,

San Bernardino County Sheriff Shannon D. Dicus

City of San Bernardino,

City of San Bernardino Police Department

San Bernardino Police Officer Shipley #51048,

San Bernardino Police Officer J Robinson #51028,

San Bernardino Police Officer B McCaulley,

Armada Towing LLC,

Defendants

Case #

Superior Court Case #FSB21000434

**Complaint for Money Damages for:**

Deprivation of Rights Protected by the Constitution,

Conspiracy to Deprive Plaintiff of Rights Protected by the Constitution, and

Failure to Protect Plaintiff from Conspiracy to Deprive Plaintiff of his Rights Protected by the Constitution.

Jury is hereby Demanded.

1. Comes now the Plaintiff above named in his own natural person and complaints against Defendants above named for

depriving Plaintiff of constitutional rights under color of State Law, custom or usage, conspiracy to so deprive and/or failure,

neglect or refusal to protect plaintiff from said conspiracy although it was within the power to do so.

**Jurisdiction**

2. This Court has jurisdiction under 28 USC 1343 (1), (2), (3), and (4) and under USC 1938, 1985.

**Venue**

3. Plaintiff and individuals, named are citizens and residents of the State of California. Defendants are employees of the State of California and The County of San Bernardino.

**Parties**

4. Plaintiff is domiciled in the County of San Bernardino, State of California for the past ten years.

5. Gavin Newsom is Governor of the State of California.

6. Rob Bonta is the Attorney General for the State of California

7. Glenn Yabuno is the Presiding Judge in Superior Court of California County of San Bernardino Central Division.

8. Michael A. Sachs was the Presiding Judge in Superior Court of California County of San Bernardino Central Division

9. William Jefferson Powell IV is a Judge in Superior Court of California County of San Bernardino Central Division

10. Ronald M. Christianson is a Judge in Superior Court of California County of San Bernardino Central Division

11. Harold T. Wilson Jr. is a Judge in Superior Court of California County of San Bernardino Central Division

7. Jason Anderson is District Attorney for the County of San Bernardino, State of California.

8. Sheila Monjazeb is a Deputy District Attorney for the County of San Bernardino, State of California;

9. Enrique Guerrero is a Deput District Attorney for the County of San Bernardino, State of California.

10. Eric Ta, State of California;

11. Coleen Bazdarich is a Deputy Public Defender for the County of San Bernardino, State of California:

12.  City of San Bernardino Police Department, County of San Bernardino, State of California;

13. Officer Shipley #51048 of the City of San Bernardino Police Department, County of San Bernardino, State of California;

14. Officer J. Robinson #51028 of the City of San Bernardino Police Department, County of San Bernardino, State of California;

15. Officer B. McCaulley of the City of San Bernardino Police Department, County of San Bernardino, State of California;

16. Shannon D. Dicus is the Sheriff for the County of San Bernardino, State of California

17. Armada Towing LLC. Is contracted with the City of San Bernardino Police Department, County of San Bernardino, State of California

**Statement of Facts**

18. By Law, Article XX Section 3 of the Constitution, State of California, Defendants, Newsom, Bonta, Anderson, Monjazeb, Guerrero, Ta, Bazdarich, Sachs, Yabuno, Powell IV, Christianson, Wilson Jr., City of San Bernardino Police Department, Shipley, Robinson, and McCaulley, have been required by Oath of

affirmation, to support and defend Plaintiff's Constitutional rights when or where they claim to have jurisdiction over or official duties with the Plaintiff.

**Causes of Action**

First Cause of Action

Stopped by San Bernardino Police Department (SWAT TEAM), Respondeat Superior

19. On Jan. 29th, 2021, at approx. 9:30pm while traveling to the store to purchase water; furthermore, Plaintiff was stopped for alleged speeding violation (non-arrestable offense); furthermore,  when Plaintiff questioned the Police Officers of the validity of the alleged frivolous stop, Defendants without merit and or no probable cause, broke Plaintiff's car window, forcibly dragging Plaintiff out of private conveyance while slamming Plaintiff headfirst into the bed of glass they just created while twisting both arms in an awkward position to the point of severely spraining left elbow, breaking right elbow, injuring right rotator cuff and suffering from several lacerations on the face causing bleeding. Afterwards being frivolous charged with 3 counts of Felony Resisting Arrest and Grave Bodily Injury to a Peace Officer, though there is no video or audio evidence of Plaintiff resisting and or non-compliant and violent towards Police Officers in anyway.

20. Driver License is Title of Nobility.

21. Said order was in violation of Article 1 Section 10 of the Constitution

Section 10. No state shall enter any treaty, alliance, or confederation; grant letters of marque and reprisal; coin money.

emit bills of credit; make anything but gold and silver coin a tender in payment of debts; pass any bill of attainder, ex post

facto law, or law impairing the obligation of contracts, or grant any title of nobility.

No state shall, without the consent of the Congress, lay any imposts or duties on imports or exports, except what may be

absolutely necessary for executing its inspection laws: and the net produce of all duties and imposts, laid by any state on

imports or exports, shall be for the use of the treasury of the United States; and all such laws shall be subject to the revision

and control of the Congress.

No state shall, without the consent of Congress, lay any duty of tonnage, keep troops, or ships of war in time of peace, enter

into any agreement or compact with another state, or with a foreign power, or engage in war, unless invaded, or in

such imminent danger as will not admit of delay.

Close.

4 of 10

Federal Reserve notes not backed by silver and gold

**Second Cause of Action**

20. Defendants, also required me to pay to post bail with Federal Reserve Notes, That

are not backed by gold or silver coin, as stipulated in Article 1 Section 10 of the U.S. Constitution.

21. Defendants Shipley, Robinson and McCaulley threatened Plaintiff with deprivation of Liberty and property without due process of Law.

22. All this was done under, Color, Custom and Usage of California State Code.

23. Defendants Robinson, and McCaulley acting in conspiracy with Shipley and under color, custom and usage of law, brutally injured plaintiff (alleged failed public execution), afterward charging Plaintiff with Felony Resisting Arrest and Grave Bodily Injury to a Peace Officer, then escorted to the Hospital in Police Vehicle in Handcuffs with severe injuries convincing emergency responders that Plaintiff did not need medical attention. After Plaintiff posted, bail was ordered to court by way of created frivolous criminal case number FSB21000434 while Defendants Armada Towing LLC takes possession of private property/conveyance and selling it without consent of the Plaintiff ignoring due care and due process of law.

24. The constitutes a violation of Defendants Oath of Office as covered by Title 18, USC 241 and 242.

25. Defendant was assigned to Court wherein Plaintiff was forced to appear as Defendant in criminal case number FB21000434.

26. Plaintiff is guaranteed Freedom of Speech and Freedom of association under the First Amendment to the U.S. Constitution.

Denial of Due Process

27. Plaintiff is guaranteed Due process of Law by the Fifth Amendment of our U.S. Constitution.

28. Due Process is guaranteed by the 5th amendment of the Constitution.

Infliction of Excessive and therefore Cruel and Unusual Punishment

29. Under the 8th Amendment, cruel and unusual punishment may not be applied against Plaintiff.

34. Defendants have imposed just such cruel and unusual punishment upon Plaintiff by the physical, monetary, and mental stress placed upon Plaintiff because of Defendants lack of due care, due process of law and deprivation of rights.

36. Plaintiff reserves all powers not specifically delegated to the Federal or State Government and he has not waived any of the rights, which for the most part are natural rights, but which are also protected by the Constitution.

Infliction of Peonage and Involuntary Servitude

37. Under the 13th. amendment to the constitution Plaintiff is protected against peonage and involuntary servitude, where the actions of Defendants appear to destine Plaintiff.

California Bar in Violation of Sherman Antitrust Act

39. Defendants, Under Color, Usage and Custom of California set forth in Article VI Sec.9 of the California Constitution of 1849

40. Defendants Newsom, Bonta, Anderson, Monjazeb, Guerrero, Ta, Bazdarich, Sachs, Yabuno, Powell IV, Christianson, Wilson Jr., City of San Bernardino Police Department, Shipley, Robinson, and McCaulley, acting outside their Lawful Duties, to bring to bear upon Plaintiff unconstitutional acts under Color, custom and Usage of State laws.

41. Defendants Newsom, Bonta, Anderson, Monjazeb, Guerrero, Ta, Bazdarich, Sachs, Yabuno, Powell IV, Christianson, Wilson Jr., City of San Bernardino Police Department, Shipley, Robinson, and McCaulley, acted outside the perimeters of their Lawful Duties.

42. Defendants Violated their Oaths of office. They did so under Color, Custom and usage of Federal and State Law.

Defendants acted Grossly, Willfully, Wantonly, Unlawfully, Carelessly, Recklessly, Negligently, Maliciously, purposefully,

Intentionally and Discriminatingly against Plaintiff and did so taking advantage of Color, Custom and Usage of State Law and

custom within a citizen's fear of State personal prosecuting good citizens for having stood up for their Natural rights protected

by the U.S. constitution and the California State Constitution.

**Third Cause of Action**

43. Defendants failed/neglected/refuted/refused to answer Freedom of Information Act Request pursuant to Government Code §§ 6250 and The FREEDOM OF INFORMATION ACT, 5 U.S.C. § 552 was given to SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO, RESPONDEAT SUPERIOR'S CLERK OF COURT Carmen Trutanich d/b/a CARMEN TRUTANICH d/b/a COURT EXECUTIVE OFFICER located at 247 West Third St. San Bernardino, California 92415 11th floor afterwards filed into SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO CENTRAL DIVISION CASE NUMBER(S) FSB21000434/FSB19001352 on 10/18/2022.

44. Take further notice that after ten days the Defendant(s) failed/refused/refuted to answer the aforementioned request in good faith; furthermore, the Defendants did not give any justification of withholding any record by demonstrating that the record in question is exempt under express provisions of this chapter or that on the facts of the particular case the public interest served by not disclosing the record clearly outweighs the public interest served by disclosure of the record, allegedly violating aforementioned GOV. CODE §§ 6250 et. seq. and The FREEDOM OF INFORMATION ACT, 5 U.S.C. § 552.

45. Take further notice that on 10/31/2022 a second Freedom of information Act Request pursuant to Government Code §§ 6250 and The FREEDOM OF INFORMATION ACT, 5 U.S.C. § 552 was given to SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO, RESPONDEAT SUPERIOR'S CLERK OF COURT Carmen Trutanich d/b/a CARMEN TRUTANICH d/b/a COURT EXECUTIVE OFFICER located at 247 West Third St. San Bernardino, California 92415 11th floor afterwards filed into SUPERIOR COURT OF

6 of 10

CALIFORNIA COUNTY OF SAN BERNARDINO CENTRAL DIVISION CASE NUMBER(S) FSB21000434/FSB19001352.

46. Take further notice that to date, the Defendant(s) still have failed/refused/refuted to answer the aforementioned request in good faith; furthermore, the Respondents did not give any justification of withholding any record by demonstrating that the record in question is exempt under express provisions of this chapter or that on the facts of the particular case the public interest served by not disclosing the record clearly outweighs the public interest served by disclosure of the record, allegedly violating aforementioned GOV. CODE §§ 6250 and The FREEDOM OF INFORMATION ACT, 5 U.S.C. § 552 as well Plaintiff's rights protected by, the California Constitution of 1849 Declaration of Rights as well as the United States Constitution (Bill of Rights) and pursuant to rights and protections guaranteed to Plaintiff from Defendant's constitutional limits upon governmental authority including but not limited to Defendant's oath of office pursuant to Article VI of the United States of America Constitution and the Code of laws of the United States of America of a General and Permanent Character – Title 22. Chapter 2 Section 141, and the remedies available under the UNIFORM COMMECIAL CODE, COMMON LAW AND COMMERCIAL LIENS, TITLE 42, TITLE 28 USC AND ADDITIONALLY SUCH STATE STATUTE(S), LAW, RULES, AND REGULATIONS THAT APPLY TO THE DEFENDANT(S) AND PLAINTIFF DOES NOT WAIVE ANY PART OF THEM.

47. Take further notice that pursuant to The California Open Meetings Act and GOV. CODE § 336. Assessment of Civil Penalties as well as 5 U.S.C. § 552(a)(4)(F), U.S. Supreme Court Case precedent Gardner V. Broderick, 392 U.S. 273 (1968) "Public Servants must respond to any and all presentments," all listed Defendants are held personally liable for money damages in their Public and/or Private Capacity as well as their Company and/or Agency in accordance with law.

48. Notice to Principal is Notice to Agent and Notice to Agent is Notice to Principal

**Fourth Cause of Action**

**Conspiracy. Overt Acts**

49. Defendants conspired together and with others yet unknown to Plaintiff to deprive him of his rights.

50. Overt acts committed by Defendants Newsom, Bonta, Anderson, Monjazeb, Guerrero, Ta, Bazdarich, Sachs, Yabuno, Powell IV, Christianson, Wilson Jr., City of San Bernardino Police Department, Shipley, Robinson, and McCaulley, included in above paragraph of this complaint.

51. Denying Plaintiff's rights of due care and due process of law, are all in collusion with the State Legislative Branches of the State of California.

52. Defendants named above relying on their own discretion and erroneous interpretation of the Supreme Law of the Land, which is the Constitution and not any statute in conflict there with issued or coursed to be issued order for plaintiff conspire with Defendants to subvert the constitution by excepting Titles of Nobility and to make something other them gold and silver coin a tender for payment of debt.

53. All these are contrary Article 1, Sec. 10, of the Constitution.

7 of 10

54. Defendants aforenamed deprived Plaintiff of his 9th and 10th Amendment rights, which protect him from Oath breaking so-called "public servants" who wallow in the public trough while trampling upon Plaintiff's Constitutional Rights.

55. Said defendants, Meanwhile attempt to impose totalitarian Socialism upon the People, although such a System is the Antithesis of the Constitution, that public servants and duly constituted Authorities are Sworn to uphold

56. Defendants have exceeded their jurisdiction.

57. They have abused their discretion.

58. They have acted outside the Lawful perimeters of their official duties.

59. They have Grossly, Willfully, wantonly, 19) Unlawfully, Carelessly, Recklessly, Negligently, Intentionally, 20) maliciously,

Purposefully, and Discriminatingly Conspired to deprive Plaintiff of his Constitutional rights and They have Refused, neglected

or Failed to Protect Plaintiff from said Conspiracy although they have been a position to do so.

60. Defendant acts as heretofore complained of, have caused harm and damage to Plaintiff.

61. Said acts have caused, insomnia, worry, financial insecurity, stress and strain in relationships, with his family, relatives and friends, Defendants activities have impaired Plaintiffs credit standing.

62. They have subjected him to mental anguish, monetary anguish, physical anguish, slander, deliberate indifference as well as public ridicule and embarrassment.

**Prayer**

63. Defendants malicious and frivolous acts entitled Plaintiff to recover money damages from Defendants and from each of them in their "official" and "unofficial capacity, and/or "public" and "private capacity"

**Request For Relief**

64. Take notice that Plaintiff is requesting that District Court orders Superior Court to Dismiss frivolous Superior Court Case FSB21000434/FSB19001352 with prejudice, along with ordering all Defendants to pay the amount due according to the

**Statement of Claim and Fee Schedule**

as follows:

65. Governor Gavin Newsom; amount owed: $1,760,000.00 USD

66. Attorney General Rob Bonta; amount owed: $1,760,000.00 USD

67. District Attorney Jason Anderson; amount owed: $1.760,000.00 USD

68. Deputy District Attorney Sheila Monjazeb; amount owed: $1,760,000.00 USD


8 OF 10

69. Deputy District Attorney Enrique Guerrero; amount owed: $1,760,000.00 USD

70. Deputy District Attorney Eric Ta; amount owed: $1,760,000.00 USD

71. Deputy Public Defender Collen Bazdarich; amount owed: $1,760,000.00 USD

72. Judge Michael A Sachs; amount owed: $1,760,000.00 USD

73. Judge Glenn Yabuno; amount owed: $1,760,000.00 USD

74. Judge William Jefferson Powell IV; amount owed: $1,760,000.00 USD

75. Judge Ronald M. Christianson; amount owed: $1,760,000.00 USD

76. Judge Harold T. Wilson Jr; amount owed:  $1,760,000.00 USD

77. Sheriff Shannon D. Dicus; amount owed: $ 1,760,000.00 USD

78. City of San Bernardino Police Department; amount owed: $12,530,000.00 USD

79. San Bernardino Police Officer Shipley #51048; amount owed: $12,530,000.00 USD

80. San Bernardino Police Officer J. Robinson #51028; amount owed: $12,530,000.00 USD

81. San Bernardino Police Officer B. McCaulley; amount owed: $12,530,000.00 USD

82. Armada Towing LLC.; amount owed: $12,530,000.00 USD

83. This shall be payable to Plaintiff in Constitutional Lawful Money redeemable in gold or silver coin as set forth in Article 1 Sec. 10 of the constitution.

84. In addition plaintiff prays such other and further relief as to the jury demanded in this case shall appear just.

85. Defendants herein are sued in their individual capacities as well as their official capacities as agents of the State of California or The United States.

86. This is a "Prima Facie" Tort Claim not a Civil Rights suit.

87. If necessary; Plaintiff demands for all issues to be decided by the Jury Demanded.

88. If defendants move to dismiss this suit, Plaintiff Demands that it be heard by the jury demanded, and only be dismissed if the Jury considers it lacks merit.

**Memorandum of Law in support of Complaint for money damages:**

89.  10 Maxims of Commercial Law

90. U.S. Constitution (Bill of Rights)

91. The Treaty of Peace and Friendship and Amnesty of 1786 Articles 6 and 21

92. Free Moorish American Zodiac Constitution Article II, Paragraph II, Resolution No. 75 Dated April 17th, 1933

93. Moorish American Society of Philadelphia and use of their names

94. The Order of Melchizedek Genesis 14:18 verse 19

95. Article VI of the United States of America Constitution and the Code of laws of the United States of America of a General and Permanent Character – Title 22. Chapter 2 Section 141

96. the remedies available under the UNIFORM COMMECIAL CODE, COMMON LAW AND COMMERCIAL LIENS, TITLE 42 and 28 USC AND ADDITIONALLY SUCH STATE STATUTE(S), LAW, RULES, AND REGULATIONS THAT APPLY TO YOU AND DO NOT WAIVE ANY PART OF THEM

**CASE LAW**

97. and pursuant to U.S. Supreme Court Case United States v. Throckmorton (98 U.S. 61) 1878 "FRAUD ON THE COURT, BY THE COURT, AND THE PROSECUTION"

98. UNITED v. KIS, 658 F.2d 526 "No more than that (Affidavits) is necessary to make a prima facie case"

99. Gardner V. Broderick 392 U.S. 273 (1968 "Public Servants must respond to any and all presentments"

100. U.S. v Throckmorton 98 U.S. 61 (1878) "Fraud on the Court, By the Court, and the Prosecution"

**Miscellaneous**

101. and pursuant to sworn oath of office and obligation to register with the Secretary of State (U.S.C. Article VI Clause III).

102. Administrative Procedures Act of 1946

**Declaration**

**I declare under the penalty of perjury of the laws of the United States of America's California Republic the foregoing to be true and correct.**  *(READ ATTACHED DOCUMENTS)*

(Respectfully submitted)

☒ By: bass, quinn W. O.P. © TM          DATE 16 DECEMBER 2022

QUINN BASS, WIHOUT PREJUDICE / SUI JURIS

10 of 10

## AFFIDAVIT AND CERTIFICATE OF NON-RESPONSE

### & NEHIL DECIT &

#### Failure to Consent Acceptance and Agreement

Re: Non-Response to Private Conditional Acceptance for Value for Proof of Claim in the Nature of Request for Discovery to Exhaust Administrative Remedy.

### State of California, County of San Bernardino

 Indeed, no more affidavits are necessary to make the Prima Facie case" : United State VS Kis , 658F. 2nd , 526,536, (7th circle, 1981) : Cert denied, 50 US L.W. 2169; S. Ct.

Today, in 09/27/2021,  I, Sissy (Shushik) McConnon being first duly sworn, depose and declare by my signature that the following facts are true to the best of my knowledge and belief, that I, California based Notary Public, a third party herein, certify that  a Private Conditional Acceptance for Value for the Proofs of Claim on VOID JUDGEMENT in the Nature of Request for Discovery was sent by USPS to following addresses:

1.  The Ca Governor's Office: 1303 10th street, st. 1173, Ca, 95814

The documentation was shipped three times via certified mail with requested return receipts.

The documentation was mailed by the name of the party who is the main and original claimant and her name is Quinn Bass. A response as stipulated in the document was to be sent to the undersigned as well, who is an California based Notary Public, me, Sissy McConnon, serving as second independent witness of the mailing process.

Therefore, I, Sissy McConnon, certify that I have reviewed the original documents of the above party and shipping receipts, green colored  proofs of acceptance and the above party's documents,

a.  Notice of Estoppel (Third final notice)

At the time the documents were mailed, at the same time request was made to not only send a RESPONSE of the requested proofs of the claim to the above party, who is **Mr. Bass Quinn Shinda,** but to the undersigned, me Shushik (Sissy) McConnon, as a certified and licensed Notary Public and as a independent third party, **but not a party to the matter for the sole purpose** to witness and certify that any such RESPONSE was sent and received at my address / office for conclusion the above party's private administrative process. The appropriate and reasonable response was requested within a specific period of the time with an additional three (3) days for return mail.

Therefore, I, Sissy McConnon, certify and declare under penalty of perjury, that after checking my mail box in everyday basis, I did not receive any documentation or response from above facilities. These Governmental Departments REFUSED or FAILED to RESPOND within the reasonable time stipulated to the above party's **Mr. Bass Quinn Shinda's Private conditional Acceptance for value for proof of a claim.**

Shushik (Sissy) McConnon (third party signature) ...................

Notary Public Seal ...........................

My Commission expires ...9/.1.9/.2022

Los Angeles, Ca

09/27/2021

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California   County of _____ }ss.
On _____ before me, _____ Notary Public, personally appeared _____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.   WITNESS my hand and official seal.

DENISE A. WELLBORN
Notary Public - California
Kern County
Commission # 2255439
My Comm. Expires Sep 19, 2022

  **COPY**

***1849 CALIFORNIA CONSTITUTION ARTICLE I. DECLARATION OF RIGHTS.***
***SECTION SEC. 12. The military shall be subordinate to the civil power.*** Notice of Special
Restricted Appearance : bass, quinn W.O.P . Beneficial Owner of Quinn Bass
d/b/a QUINN SHINDA BASS.®©™

| | | |
|---|---|---|
| Quinn bass | ) | Case Number 001 |
| d/b/a | ) | (AMENDED) |
| QUINN S. BASS | ) | |
| | ) | |
| vs | ) | |
| | ) | NOTICE OF MOTION AND |
| | ) | MOTION TO INTERVENE |
| PUBLIC OFFICER | ) | WITH AN INJUNCTION |
| Dba. GAVIN NEWSOM dba | ) | |
| CALIFORNIA STATE GOVERNOR | ) | |

**NOTICE OF ESTOPPEL AND STIPULATION OF CONSTITUTIONAL CHALLENGE
TO ALL CALIFORNIA STATE STATUTES WHERE No bill of attainder, ex post facto
law, law impairing the obligation of contracts shall ever be enacted; AND MOTION TO
INTERVENE WITH AN INJUNCTION FOR NAME** Quinn Bass **. dba**
QUINN SHINDA BASS **. TAKE NOTICE THAT pursuant to**

1849 Constitution of California ARTICLE I DECLARATION OF RIGHTS SECTION 16.
No bill of attainder, ex post facto law, law impairing the obligation of contracts, shall ever
be passed.

1849 Constitution of California ARTICLE I DECLARATION OF RIGHTS SECTION 1.
All men are by nature free and independent, and have certain inalienable
rights, among which are those of enjoying and defending life and liberty; acquiring,
possessing, and protecting property; and pursuing and obtaining safety and
happiness.

1849 Constitution of California ARTICLE I DECLARATION OF RIGHTS SECTION
SECTION 2. All political power is inherent in the people. Government is instituted for
the protection, security, and benefit of the people, and they have the right to alter or
reform the same whenever the public good may require it.



## **_1849 CALIFORNIA CONSTITUTION ARTICLE I.   DECLARATION OF RIGHTS._**

**_SECTION SEC. 12. The military shall be subordinate to the civil power._** Notice of Special Restricted Appearance : bass, quinn W.O.P . Beneficial Owner of Quinn Bass d/b/a QUINN SHINDA BASS.®©™

**AND TAKE FURTHER NOTICE THAT**   I, bass, quinnW.O.P. Owner 14th amendment person Quinn Bass d/b/a QUINN SHINDA BASS did not consent for me or my private property to being a 14th amendment citizen of the U.S. OR state of CALIFORNIA OR any other state in writing or any other consent, especially since this was done when I was a baby, when contracts like, the birth certificate was done and social security number was issued in the above mention names, which would have put me under legal disability to contract, and not capable of such a contract.

**AND TAKE FURTHER NOTICE THAT** I "Quinn Bass W.O.P." Reserve my right to sue you and all your agency and contractors for using my name or my property Quinn Bass d/b/a QUINN SHINDA BASS ens legis.

**AND TAKE FURTHER NOTICE THAT** the material facts giving rise to the constitutional question are as follows:

1. _unalienable rights_ were violated; _protected by 1849 California_ Constitution and DECLARATION OF RIGHTS, right to due process has been violated; in the past.

2. _unalienable rights_ were violated; _protected by_ 1849 Constitution of California ARTICLE I DECLARATION OF RIGHTS SECTION 19. The right of the people to be secure in their persons, houses, papers and effects, against unreasonable seizures and searches, shall not be violated; and no warrant shall issue, but on probable cause, supported by oath or affirmation, particularly describing the place to be searched and the persons and things to be seized.

3. _unalienable rights_ were violated; _protected by_ 1849 Constitution of California ARTICLE I DECLARATION OF RIGHTS SECTION SECTION 6. All persons shall be bailable by sufficient sureties, unless for capital offenses when the proof is evident or the presumption great. Excessive bail shall not be required, nor excessive fines imposed; nor shall cruel or unusual punishments be inflicted. Witnesses shall not be unreasonably detained, nor confined in any room where criminals are actually imprisoned.



**_1849 CALIFORNIA CONSTITUTION ARTICLE I.   DECLARATION OF RIGHTS._**
**_SECTION SEC. 12. The military shall be subordinate to the civil power._** Notice of Special
Restricted Appearance : bass, quinn W.O.P . Beneficial Owner of Quinn Bass
d/b/a QUINN SHINDA BASS.®©™

X By: bass, quinn W.O.P.O
bass, quinn (WITHOUT PREJUDICE

UCC 1-103.6, UCC 1-308, UCC 1-301, UCC 1-207

Bass, quinn., Registered Owner
of  Quinn S. Bass.
dba QUINN SHINDA BASS
c/o P.O. BOX 166
[Highland] California state Republic
Near; [92346



**_1849 CALIFORNIA CONSTITUTION ARTICLE I.   DECLARATION OF RIGHTS._**
**_SECTION SEC. 12. The military shall be subordinate to the civil power._** Notice of Special
Restricted Appearance : bass, quinn W.O.P . Beneficial Owner of Quinn Bass
d/b/a QUINN SHINDA BASS.®©™

**AND TAKE FURTHER NOTICE THAT** I DEMAND, for you to put the name Quinn Bass
d/b/a QUINN SHINDA BASS on **THE DO NOT STOP, DO NOT DETAIN LIST FOR
CALIFORNIA and all the OTHER STATES.** I reserve all my rights protected by above said
California Constitution and don't waive any part of my rights, abide by your oaths to it.  I also
have a 9 Billion dollar Lien on the names that are my property. 2007 LAND ROVER RANGE
ROVER SPORT plate number **7FEA191, (VIN NUMBER SALSF25437A105143)**;
furthermore, there will be a **TORT CLAIM AMOUNT OF $250,000 USD IN CREDIT
INCLUDING $10,000 USD IN CREDIT PER DAY FROM BEGININNING OF
VIOLATION** and charge against you and your **AGENCIES** and/or **CONTRACTORS**, which
this is your contract where you agree to pay bass, quinn W.O.P. in the Name QUINN SHINDA
BASS FOR THE TRESPASS of my _unalienable rights, protected by 1849 California_
Constitution.

**AND TAKE FURTHER NOTICE THAT** THIS IS A CONTRACT, your failure to answer and
rebut this affidavit is acquiescence, you have 72 hrs. to answer, then this contract is law
August 26th, 2021_____.

UCC 1-103.6 UCC 1-308, UCC 1-301 UCC 1-107

State of California )

    )ss.

County of <u>San Bernardino</u>)

I have hereunto set my hand and seal of office On this, _____ Day of _____, 2021 Notary Public

_____.



***1849 CALIFORNIA CONSTITUTION ARTICLE I.   DECLARATION OF RIGHTS.***
***SECTION SEC. 12. The military shall be subordinate to the civil power.*** Notice of Special
Restricted Appearance : bass, quinn W.O.P . Beneficial Owner of Quinn Bass
d/b/a QUINN SHINDA BASS.®©™

                                                                    Seal:

bass quinn, Registered Owner
of Quinn S. Bass
dba QUINN SHINDA BASS
c/o P.O. BOX 166
[Highland] California state Republic
Near; [92346]

### CERTIFICATE OF SERVICE

I, bass, quinn W.O.P., living Man for QUINN SHINDA BASS., is to certify that I have this day served

the CALIFORNIA STATE PUBLIC OFFICERS, SOLICITORS AND SUCCESSORS with this

**Notice of estoppel and stipulation of Constitutional Challenge to ALL CALIFORNIA**

**STATE STATUTES etc:** by U.S.P.S. CERTIFIED _____ Delivery thereon

to ensure delivery: Dated this _____ day of _____, 2021

**CALIFORNIA JURAT**                                      GOVERNMENT CODE § 8202

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _San Bernardino_

Subscribed and sworn to (or affirmed) before me on this _26_ day of _August_, 20 _21_, by
Date       Month            Year

(1) _Quinn Bass_

(and (2) _____ ),
Name(s) of Signer(s)

R. COOK
Notary Public · California
San Bernardino County
Commission # 2353697
My Comm. Expires Apr 4, 2025

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

*Place Notary Seal and/or Stamp Above*

—————————— **OPTIONAL** ——————————

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Notice of Motion And Motion to Intervene_

Document Date: _8/26/2021_                       Number of Pages: _5_

Signer(s) Other Than Named Above: _____

©2019 National Notary Association

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Culver City, CA 90230

| | | 0405 |
|---|---|---|
| Certified Mail Fee | $3.75 | 10 |

$3.05

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage $1.76

Total Postage and Fees $8.56    08/30/2021

Sent To CA STATE CONTROLLERS OFFICE
Street and Apt. No. 600 CORPORATE POINTE
City, State, ZIP+4 CULVER CITY CA 90230

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Sacramento, CA 94284

| | | 0405 |
|---|---|---|
| Certified Mail Fee | $3.75 | 10 |

$3.05

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage $1.76

Total Postage and Fees $8.56    08/30/2021

Sent To CA ATTORNEY GENERAL
Street and Apt. No. CAPITOL OFFICE RM 2148 PO BOX 944284
City, State, ZIP+4 SACRAMENTO CA 94284

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

San Francisco, CA 94102

| | | 0405 |
|---|---|---|
| Certified Mail Fee | $3.75 | 10 |

$3.05

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage $1.76

Total Postage and Fees $8.56    08/30/2021

Sent To CA SUPREME COURT
Street and Apt. No. 350 MCALLISTER STE 1295
City, State, ZIP+4 SAN FRANCISCO CA 94102

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

San Bernardino, CA 92415

| | | 0405 |
|---|---|---|
| Certified Mail Fee | $3.75 | 10 |

$3.05

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage $1.76

Total Postage and Fees $8.56    08/30/2021

Sent To SAN BERNARDINO COUNTY SHERIFF
Street and Apt. No. 655 E THIRD (3RD) ST
City, State, ZIP+4 SAN BERNARDINO, CA 92415

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Sacramento, CA 95811

| | | 0405 |
|---|---|---|
| Certified Mail Fee | $3.75 | 10 |

$3.05

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage $1.76

Total Postage and Fees $8.56    08/30/2021

Sent To NEW MOTOR VEHICLES BOARD
Street and Apt. No. 1507 21 ST STE 330
City, State, ZIP+4 SACRAMENTO CA 95811

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| **QUINN BASS 19094976461** |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| **realest213@gmail.com** |

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

**QUINN BASS
P.O. Box 166
Highland CA USA 92404**

Date of Filing : 09/20/2022
Time of Filing : 04:51:00 PM
File Number   : 2022-263-7013-8
Lapse Date    : NONE

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME:  Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **BASS** | **QUINN** | **SHINDA** | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **7008 GLASGOW AVE** | **SAN BERNARDINO** | **CA** | **92404** | **USA** |

2. DEBTOR'S NAME:  Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **QUINN BASS ESTATE** | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **P.O. Box 166** | **Highland** | **CA** | **92346** | **USA** |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):  Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Q Ali Bey Express Trust** | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **c/o P.O. Box 166** | **Highland, California, United S** | **CA** | **92346** | **USA** |

4. COLLATERAL:  This financing statement covers the following collateral:

**$9,000,000,000.00 USD (NINE BILLION USD) LIEN ON LISTED DEBTORS
STATE OF OHIO OFFICE OF VITAL STATISTICS CERTIFICATION OF BIRTH STATE FILE NUMBER 1980052105
AND ALL PROCEEDS,
DATE RECORD FILED 03/31/1980 (H8695198)
SOCIAL SECURITY NUMBER 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 (H00110518)
FIDELITY TREND FUND (SYMBOL: FTRNX) CUSIP/SEDOL NUMBER 316423102, FUND NUMBER 00005
GSA INDIVIDUAL SURETY BOND (CASE NUMBER FSB19001352) RECORD FILE
FILE DATE 09/18/2019,
SUPERIOR COURT OF**

| 5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and instructions) | | being administered by a Decedent's Personal Representative |
|---|---|---|
| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: |
| ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☑ A Debtor is a Transmitting Utility | ☐ Agricultural Lien   ☑ Non-UCC Filing | |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor | | |

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

**2022-263-7013-8**

Continuation of section 4 collateral

4. This FINANCING STATEMENT covers the following collateral:

CALIFORNIA COUNTY OF SAN BERNARDINO CRIMINAL/CIVIL CASE NUMBER(S)
ACIAS1900004, CIVDS1901374, CIVDS1906989, USFS1706323, UDFS1807829, WHCJS1700305,
MSB21011786, FSB21000434, 20IN-011368, FSB19001352, MSB17005432, 17IN-042474,
16CR-024178,397635QB, 3602301QB, GTA0101095QB, H016154BQB, SBH01037QB,
AFFIDAVIT AND CERTIFICATE OF NON-RESPONSE AND NIHIL DICIT (AMAZON INC.,
RESPONDEAT SUPERIOR, JEFFERY BEZOS, FOUNDER AND EXECUTIVE CHAIR, AMOUNT OWED:
$1,060,500.00, ANDY JASSY, PRESIDENT AND C.E.O., AMOUNT OWED: $1,060,500.00, BRIAN T.
OLAVSKY, C.F.O., AMOUNT OWED: $1,060,500.00 RESPONDENTS, DATED 09/02/2022) (IN SUM
CERTAIN) AMOUNT OWED $4,242,000.00 USD,
AFFIDAVIT AND CERTIFICATE OF NON-RESPONSE AND NIHIL DICIT (SAN BERNARDINO
POLICE DEPARTMENT, RESPONDEAT SUPERIOR, AMOUNT OWED: $31,295,000.00 USD, OFFICER
SHIPLEY #51048 OF THE SAN BERNARDINO POLICE DEPARTMENT, AMOUNT
OWED:$31,295,000.00 USD, , RESPONDEAT SUPERIOR, OFFICER J. ROBINSON #51028 OF THE
SAN BERNARDINO POLICE DEPARTMENT, REPONDEAT SUPERIOR, AMOUNT OWED:
$31,295,000.00 USD, OFFICER MCCAULLEY OF THE SAN BERNARDINO POLICE DEPARTMENT,
RESPONDEAT SUPERIOR, AMOUNT OWED: $31,295,000.00 USD ARMADA TOWING, AMOUNT
OWED: $2,000,000.00 USD, RESPONDENTS, DATED 06/29/2021) (IN SUM CERTAIN) AMOUNT OWED
$125,180,000.00 USD,
AFFIDAVIT AND CERTIFICATE OF NON-RESPONSE AND NIHIL DICIT (JUDGE MICHAEL SACHS,
CA BAR# 134655 OF SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO,
CENTRAL DIVISION, RESPONDEAT SUPERIOR, AMOUNT OWED:AMOUNT OWED:$28,275,000.00
USD, JUDGE HAROLD T. WILSON JR., CA BAR# 134988, RESPONDEAT SUPERIOR, AMOUNT
OWED:$28,275,000.00 USD,JASON ANDERSON, DISTRICT ATTORNEY FOR SAN BERNARDINO
RESPONDEAT SUPERIOR, AMOUNT OWED:$28,275,000.00 USD, JOHN MCMAHON D/B/A

Continuation of section 4 collateral

4. This FINANCING STATEMENT covers the following collateral:

SHERIFF
OF SAN BERNARDINO COUNTY, RESPONDEAT SUPERIOR, AMOUNT OWED:$28,275,000.00 USD,
SAN BERNARDINO COUNTY COUNSEL, RESPONDEAT SUPERIOR,AMOUNT OWED:$28,275,000.00 USD,
RESPONDENTS, DATED 03/31/2021) (IN SUM CERTAIN) AMOUNT OWED $113,100,000.00 USD,
AFFIDAVIT AND CERTIFICATE OF NON-RESPONSE AND NIHIL DICIT (JOHN MCMAHON D/B/A SHERIFF
OF SAN BERNARDINO COUNTY, RESPONDEAT SUPERIOR, AMOUNT OWED: $2,775.00.00 USD, LT.
KELLY CRAIG #B5842 OF THE SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, RESPONDEAT
SUPERIOR, AMOUNT OWED: $2,775,00.00 USD, DEPUTY REVELES #C9640 OF THE SAN BERNARDINO
COUNTY SHERIFF'S DEPARTMENT, RESPONDEAT SUPERIOR, AMOUNT OWED: $2,775.00.00 USD, SAN
BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, AMOUNT OWED: $2,775.00.00 USD,
HAYES TOWING LLC., RESPONDEAT SUPERIOR, RESPONDENTS, AMOUNT OWED: $2,000,000.00 USD
DATED 07/01/2019) (IN SUM CERTAIN) AMOUNT OWED $14,100,000.00 USD,
98 Trust Indenture DECLARATION OF EXPRESS TRUST
Established May 23rd, 2022, 8:05 AM-8:30 AM (Q. ALI BEY EXPRESS TRUST)
Q ALI BEY EXPRESS TRUST MINUTES 1-0001
DATE; MAY 23RD, 2020
TIME STARTED; 8:05AM
CONCLUDED; 8:45AM,
Q ALI BEY EXPRESS TRUST MINUTES 1-0002
DATE; JUNE 7TH, 2022
TIME STARTED; 9:05AM
CONCLUDED; 9:45AM,
Q ALI BEY EXPRESS TRUST MINUTES 1-0003
DATE; SEPTEMBER 11TH, 2022
TIME STARTED; 11:05AM
CONCLUDED; 12:45PM

**06/29/2021, San Bernardino, CA**

## AFFIDAVIT OF TRUTH AND NOTICE OF TRUE BILL

### NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND

### NOTICE TO PRINCIPLE IS NOTICE TO AGENT

### (NOTICE OF DEFAULT THIRD & FINAL NOTICE)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT

SUPERIOR,

OFFICER C. SHIPLEY # 51048 OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT  SUPERIOR.

OFFICER J. ROBINSON #51028 OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT SUPERIOR,

OFFICER. B. MCCAULLEY OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT SUPERIOR

710 N. D STREET

SAN BERNARDINO, CA 92401,

ARMADA TOWING, RESPONDEAT SUPERIOR

2285 6TH STREET

SAN BERNARDINO, CA 92410

**AND ALL PARTIES OF INTERESTS**

### AFFIDAVIT OF TRUTH AND **NOTICE OF TRUE BILL**

**Take Notice that on January 29th 2021 my wife dealing with her medical ailments requested that I go**

**get her water to aid her while suffering from one of those chronic ailments; furthermore, I took my**

private conveyance (BMW X5) and traveled north bound on Del Rosa Ave. I was stopped at the intersection of Del Rosa Ave and Pacific st waiting for the light to turn green when I witnessed a SAN BERNARDINO POLICE DEPARTMENT AGENT driving west bound on Pacific St crossing   Del Rosa Ave; furthermore once Agent crossed the intersection did an immediate illegal U turn and drove to the left turn lane to go North Bound on Del Rosa Ave. My light changed green and I started traveling North bound. While Traveling up Del Rosa Ave the S.B.P.D. Agent who made the illegal U Turn was driving behind car whom was traveling behind myself; furthermore, as I traveled approx. 2 blocks from that point when I noticed another SAN BERNARDINO POLICE DEPARTMENT AGENT parked in an alley with no headlights on; furthermore, at the moment I passed the patrol vehicle the AGENTS sped out of the  alley and immediately turned on their emergency lights and got behind me. I pulled into the nearest parking lot and traveled to an area where there were still people present out of fear of mistreatment by law enforcement. Once I parked near Little Cesar's Pizza located at 1643 E Highland Ave Unit A San Bernardino, CA 92404 I was met by OFFICER C. SHIPLEY #51048 OF THE SAN BERNARDINO POLICE DEPARTMENT (SWAT), REPONDEAT SUPERIOR who made initial contact while OFFICER J. ROBINSON #51028 OF THE SAN BERNARDINO POLICE DEPARTMENT (SWAT), RESPONDEAT SUPERIOR was flashing his light through my passenger side window while OFFICER C. SHIPLEY #51048 was initially speaking. Before making initial contact OFFICER C. SHIPLEY #51048 pulls my driver side door and is already aggressively attempting to make physical contact with me.

Take further notice that it wasn't until AGENT noticed I was filming him did he turn on his audio recording and inform me that he stopped me for speeding (infraction/non arrest-able offense). When he asked me for me information I complied by saying '' hold on I got your information right here for you.'' As I was getting the requested information for AGENT SHIPLEY #51048 he immediately tells me he did not like the way I was reaching around my Private Car though he just asked me to get my information for him to review; furthermore, he has his partner flashing his light through the passenger side window to insure their safety and his partner didn't make any such moves or orders indicating that I was moving in a threatening manner; furthermore, after I handed my information over, AGENT SHIPLEY #51048 ordered me out of the car and out of fear for my safety I asked the AGENT to provide his watch commander twice. AGENT SHIPLEY #51048  refused each time while reaching for my driver's side window to break it. I responded asking the AGENT not to break my window and informing the AGENT that I never committed a crime; however, OFFICER C. SHIPLEY #51048 threatened me by saying if I didn't step out he was going to break my window and force me out. At that moment I told the AGENT that I will step out of my Private Conveyance. As I was attempting to ensure my cell phone was still recording the incident before stepping out of my BMW X5, OFFICER C. SHIPLEY #51048 states '' you have until the count of three and then I'm breaking your window and dragging you out, 1, 1'' then proceeds with breaking my window with his

bare hands, pulling me out of my car with the aid of OFFICER J. ROBINSON #51028 and B. MCCAULLEY (SWAT).

Take further notice that OFFICERS slammed me head first in the bed of glass that was just previously broken, where I almost fell unconscious; furthermore, instantly receiving lacerations to the head and face while C. SHIPLEY took one arm while J. ROBINSON had the other arm, and began wrenching both arms back, severely spraining my left elbow, left shoulder, right shoulder, while breaking the right elbow. While handcuffed I asked for medical assistance due to my injuries; furthermore, when paramedics that showed up on seen refused to treat me and/or transport me to the hospital though I clearly needed medical attention.

Take further notice that I told SAN BERNARDINO POLICE DEPARTMENT RESPONDEAT SUPERIOR before being transported by patrol car to Arrowhead Regional Medical Center in Colton CA not to tow my Private Conveyance (BMW X5) from the parking lot that I was parked in; furthermore, ARMADA TOWING, RESPONDEAT SUPERIOR towed my private conveyance from the aforementioned location to their lot located at 2285 SIXTH STREET, SAN BERNARDINO, CA 92410 on January 29th 2021 and had lien paperwork on my private conveyance less than 7 days from towing it. All RESPONDENTS LISTED are in violation of my unalienable rights protected by the California Constitution of 1849 Article I Declaration of Rights Section(s) 1, 3, , 4, 6, 7, 8, 16, 19, 21 and pursuant to CA Penal Code 69 subsection b

PC 69 (b) The fact that a person takes a photograph or makes an audio or video recording of an executive officer, while the officer is in a public place or the person taking the photograph or making the recording is in a place he or she has the right to be, does not constitute, in and of itself, a violation of subdivision (a).

## 18 U.S. Code § 242.Deprivation of rights under color of law

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both;

**42 U.S. Code § 1983.Civil action for deprivation of rights**

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable.

**42 U.S. Code § 1985.Conspiracy to interfere with civil rights**

**(3)DEPRIVING PERSONS OF RIGHTS OR PRIVILEGES**
**If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators**

U.S. Supreme Court Case Gardner v Broderick 1968 in PUBLIC SERVANTS must respond to any and all presentments

Amendment V of the United States Constitution

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation

U.S.C. Article VI Section 3.

**Clause 3**

- The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

California Constitution of 1849 Article I Declaration of Rights:

SECTION 1.

All people are by nature free and independent and have inalienable rights. Among these are enjoying and defending life and liberty, acquiring, possessing, and protecting property, and pursuing and obtaining safety, happiness, and privacy.

SEC. 3.

(a) The people have the right to instruct their representatives, petition government for redress of grievances, and assemble freely to consult for the common good.

(b) (1) The people have the right of access to information concerning the conduct of the people's business, and, therefore, the meetings of public bodies and the writings of public officials and agencies shall be open to public scrutiny.

(2) A statute, court rule, or other authority, including those in effect on the effective date of this subdivision, shall be broadly construed if it furthers the people's right of access, and narrowly construed if it limits the right of access. A statute, court rule, or other authority adopted after the effective date of this subdivision that limits the right of access shall be adopted with findings demonstrating the interest protected by the limitation and the need for protecting that interest.

(3) Nothing in this subdivision supersedes or modifies the right of privacy guaranteed by Section 1 or affects the construction of any statute, court rule, or other authority to the extent that it protects that right to privacy, including any statutory procedures governing discovery or disclosure of information concerning the official performance or professional qualifications of a peace officer.

(4) Nothing in this subdivision supersedes or modifies any provision of this Constitution, including the guarantees that a person may not be deprived of life, liberty, or property without due process of law, or denied equal protection of the laws, as provided in Section 7.

(5) This subdivision does not repeal or nullify, expressly or by implication, any constitutional or statutory exception to the right of access to public records or meetings of public bodies that is in effect on the effective date of this subdivision, including, but not limited to, any statute protecting the confidentiality of law enforcement and prosecution records.

(6) Nothing in this subdivision repeals, nullifies, supersedes, or modifies protections for the confidentiality of proceedings and records of the Legislature, the Members of the Legislature, and its employees, committees, and caucuses provided by Section 7 of Article IV, state law, or legislative rules adopted in furtherance of those provisions; nor does it affect the scope of permitted discovery in judicial or administrative proceedings regarding deliberations of the Legislature, the Members of the Legislature, and its employees, committees, and caucuses.

(7) In order to ensure public access to the meetings of public bodies and the writings of public officials and agencies, as specified in paragraph (1), each local agency is hereby required to comply with the California Public Records Act (Chapter 3.5 (commencing with Section 6250) of Division 7 of Title 1 of the Government Code) and the Ralph M. Brown Act (Chapter 9 (commencing with Section 54950) of Part 1 of Division 2 of Title 5 of the Government Code), and with any subsequent statutory enactment amending either act, enacting a successor act, or amending any successor act that contains findings demonstrating that the statutory enactment furthers the purposes of this section.

SEC. 4.

Free exercise and enjoyment of religion without discrimination or preference are guaranteed. This liberty of conscience does not excuse acts that are licentious or inconsistent with the peace or safety of the State. The Legislature shall make no law respecting an establishment of religion.

A person is not incompetent to be a witness or juror because of his or her opinions on religious beliefs.

SEC. 16.

Trial by jury is an inviolate right and shall be secured to all, but in a civil cause three-fourths of the jury may render a verdict. A jury may be waived in a criminal cause by the consent of both parties expressed in open court by the defendant and the defendant's counsel. In a civil cause a jury may be waived by the consent of the parties expressed as prescribed by statute.

In civil causes the jury shall consist of 12 persons or a lesser number agreed on by the parties in open court. In civil causes other than causes within the appellate jurisdiction of the court of appeal the Legislature may provide that the jury shall consist of eight persons or a lesser number agreed on by the parties in open court.

In criminal actions in which a felony is charged, the jury shall consist of 12 persons. In criminal actions in which a misdemeanor is charged, the jury shall consist of 12 persons or a lesser number agreed on by the parties in open court.

SEC. 19.

(a) Private property may be taken or damaged for a public use and only when just compensation, ascertained by a jury unless waived, has first been paid to, or into court for, the owner. The Legislature may provide for possession by the condemnor following commencement of eminent domain proceedings upon deposit in court and prompt release to the owner of money determined by the court to be the probable amount of just compensation.

(b) The State and local governments are prohibited from acquiring by eminent domain an owner-occupied residence for the purpose of conveying it to a private person.

(c) Subdivision (b) of this section does not apply when State or local government exercises the power of eminent domain for the purpose of protecting public health and safety; preventing serious, repeated criminal activity; responding to an emergency; or remedying environmental contamination that poses a threat to public health and safety.

(d) Subdivision (b) of this section does not apply when State or local government exercises the power of eminent domain for the purpose of acquiring private property for a public work or improvement.

(e) For the purpose of this section:

1. "Conveyance" means a transfer of real property whether by sale, lease, gift, franchise, or otherwise.

2. "Local government" means any city, including a charter city, county, city and county, school district, special district, authority, regional entity, redevelopment agency, or any other political subdivision within the State.

3. "Owner-occupied residence" means real property that is improved with a single-family residence such as a detached home, condominium, or townhouse and that is the owner or owners' principal place of residence for at least one year prior to the State or local government's initial written offer to purchase the property. Owner-occupied residence also includes a residential dwelling unit attached to or detached from such a single-family residence which provides complete independent living facilities for one or more persons.

4. "Person" means any individual or association, or any business entity, including, but not limited to, a partnership, corporation, or limited liability company.

5. "Public work or improvement" means facilities or infrastructure for the delivery of public services such as education, police, fire protection, parks, recreation, emergency medical, public health, libraries, flood protection, streets or highways, public transit, railroad, airports and seaports; utility, common carrier or other similar projects such as energy-related, communication-related, water-related and wastewater-related facilities or infrastructure; projects identified by a State or local government for recovery from natural disasters; and private uses incidental to, or necessary for, the public work or improvement.

6. "State" means the State of California and any of its agencies or departments.

Section 21

## NOTICE OF TRUE BILL

**WARNING:** You may be in violation of State and Federal Law and persisting may lead to your arrest and/or civil damages! Also understand that law provides that you can be held personally responsible and liable, as well as your company or agency.

SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT

SUPERIOR,

OFFICER C. SHIPLEY # 51048 OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT  SUPERIOR,

OFFICER J. ROBINSON #51028 OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT SUPERIOR,

OFFICER. B. MCCAULLEY OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT SUPERIOR

710 N. D STREET
SAN BERNARDINO, CA 92401,

ARMADA TOWING, RESPONDEAT SUPERIOR
2285 6TH STREET
SAN BERNARDINO, CA 92410

AND ALL PARTIES OF INTERESTS

, YOU ARE HEREBY GIVEN THREE BUSINESS DAYS OF THE RECIEPT OF THIS DOCUMENT (EXCLUDING HOLIDAYS) TO PROVIDE ME IN GOOD FAITH AND AS REQUIRED BY LAW PURSUANT TO U.S. SUPREME COURT CASE PRECENDENT GARDNER V. BRODERICK (1968), TO PAY THE FULL AMOUNT OF EIGHT MILLION USD IN CREDIT ($8,000,000.00 USD IN CREDIT). YOUR NEGLECT TO REFUTE/REFUSE/REBUT/ANSWER THE AFOREMENTIONED AFFIDAVIT OF TRUTH AND NOTICE OF TRUE BILL ALONG WITH NOTICE OF WAIVER OF TORT WILL BE DEEMED A DIRECT VIOLATION OF MY DUE PROCESS OF LAW WHICH IS PROTECTED BY CALIFORNIA CONSTITUTION OF 1849 ATICLE I DECLARATION OF RIGHTS AND ORGANIC UNITED STATES CONSTITUTION AND PURSUANT TO U.S.C. ARTICLE VI CLAUSE 3 AND IT WILL BE CONSIDERED A CONTINOUS ACT OF TORT AND YOU WILL BE CONTRACTED BY WAIVER OF TORT TO PAY IN THE AMOUNT OF $8,000,000 USD IN CREDIT INCLUDING AN ADDITIONAL $15,000 USD IN CREDIT PER DAY PLUS

COMPENSATORY DAMAGES STARTING BACK ON DAY OF TRESPASS (JANUARY 29TH 2021 TO DATE).

Without Recourse

By: *bass, quinn W.O.P.©*

Bass, Quinn Without Prejudice

Authorized Representative
Proper Rules of English
Article 9 Entity Strict Liability

DATE: 06/29/2021

NOTARY:

06/29/2021, San Bernardino, CA

**NOTICE of WAIVER of TORT is hereby given to ANY and ALL ACTORS**

**NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND**

**NOTICE TO PRINCIPLE IS NOTICE TO AGENT**

**(NOTICE OF DEFAULT THIRD & FINAL NOTICE)**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT

SUPERIOR,

OFFICER C. SHIPLEY # 51048 OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT SUPERIOR,

OFFICER J. ROBINSON #51028 OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT SUPERIOR,

OFFICER. B. MCCAULLEY OF THE SAN BERNARDINO POLICE

DEPARTMENT, RESPONDEAT SUPERIOR

710 N. D STREET

SAN BERNARDINO, CA 92401,

ARMADA TOWING, RESPONDEAT SUPERIOR

2285 6TH STREET

SAN BERNARDINO, CA  and ALL AGENTS,

So that proper and just NOTICE and POSTING can be honestly understood to allow **ANY and ALL** actors, or **ANY and ALL** Persons, or a reasonable and prudent Man or Woman to be **FOREWARNED** so that there can be **NO "MISTAKE",** or inadvertence, excuse, or misunderstanding to be claimed afterwards, and that **ALL** Parties will be TOTALLY RESPONSIBLE AND ACCOUNTABLE for their FREE CHOICE OF ACTIONS or INJURIES, NOTICE IS THEREFORE ENTERED AND POSTED upon the **PUBLIC RECORD** by and through the **Universal Postal Union by CERTIFIED MAIL, ELECTRONIC RETURN RECEIPT and Public NOTICE in the PUBLIC LIBRARY and COUNTY CLERKS OFFICE pursuant to COMMON LAW.**

It is therefore and herein **DECLARED** that a **CONTRACT** is Created and freely and jointly entered into by any and all Actors, in which ANY and ALL Parties are free to choose to become OBLIGATED or NOT to become OBLIGATED of their own free choice or volition, to TRESPASS ON THE CASE and cause a TORT or not to TRESPASS ON THE CASE; TO INJURE THE PROPER PARTY, or not to INJURE the PROPER PARTY HEREIN WAIVING THE TORT and accepting settlement of the terms and conditions of this CONTRACT MUTUALLY AGREED BY ALL ACTORS BY SPECIFIC PERFORMANCE.

NOTICE IS HEREBY GIVEN to ANY and ALL ACTORS, including but not limited to ALL Foreign and Domestic Governments and/or Corporations, Officers, Deputies, assigns, agents, actors, employees or representatives in any way thereof: YOU ARE HEREIN GIVEN AFFIDAVIT OF TRUTH AND NOTICE OF TRUE BILL AND DECLARATION OF THIS WAIVER OF TORT and the CONTRACT therein created.

You may choose or NOT choose, of your own free will, to become OBLIGATED by this CONTRACT for it is your free choice. THERE ARE NO EXCEPTIONS TO ANY ACTOR(S). NO ONE MAY CLAIM IMMUNITY FROM, EXEMPTION FROM OR LIMITATION OF LIABLITY OF ANY KIND after voluntary entry into this contract by the actor's free choice and election as evidenced by performance: @$8,000,000.00 USD in credit INCLUDING $15,000 USD in credit per day starting from January 29th 2021, including compensatory (3x) . THIS BINDING CONTRACT IS THEREFORE IN FULL FORCE AND EFFECT and YOU are forewarned NOT to cause further injury either by a COMMISSION, DIRECTLY OR INDIRECTLY or an OMISSION OF LAWFUL ACTIONS OR DUTIES, Res ipsa loquitur.

ALL PARTIES, see Attached (Notary Jurat) ARE THEREFORE AGAIN WARNED PLEASE, DO NOT INJURE OR TRESPASS UPON RIGHTS or PROPERTY, or RISK THE CONSEQUENCES OF THAT INJURY OR TRESPASS AS AGREED IN TERMS AND CONDITIONS OF THAT ATTACHED CONTRACT.

BY PROCEEDING TO FURTHER INJURY YOU AGREE, KNOWINGLY, INTENTIONALLY AND VOLUNTARILY, TO THE TERMS OF THIS WAIVER OF TORT CONTRACT IN FULL UPON YOURSELVES. NOTE EXCLUSIVE CONTROL BY YOU TO INJURE ON NOT TO INJURE, TO TRESPASS OR NOT TO TRESPASS.

Without Recourse

By: *By: bass, quinn w.o.p. (c)*

Quinn Bass W.O.P.
Authorized Representative
Proper Rules of English
Article 9 Entity Strict Liability

DATE: *29 JUNE 2021*

NOTARY:

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    CIVIL CODE § 1189

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                              )
County of _Los Angeles_                         )

On _11/23/2022_ before me, _Sissy McConnon, CA Notary Public,_
    *Date*              *Here Insert Name and Title of the Officer*

personally appeared _Quinn Bass Shinda_
                  *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
              *Signature of Notary Public*

       *Place Notary Seal Above*

————————————— **OPTIONAL** —————————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _CA Gen. Acknowl._
Document Date: _11/23/2022_      Number of Pages: _17_
Signer(s) Other Than Named Above: _The Same Signer_

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☑ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _By himself_

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

Certified Mail Number:_____

## NOTICE AND STATEMENT OF CLAIM REMEDY,

## TRUE BILLING AND FEE SCHEDULE

**Pursuant to AFFIDAVIT AND CERTIFICATE OF NON-REPONSE AND NIHIL DICIT DATED**

**06/29/2021**

**TO:** SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR,

710 NORTH D STREET
SAN BERNARDINO, CA 92401,

OFFICER SHIPLEY #51048 OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR,

710 NORTH D STREET
SAN BERNARDINO, CA 92401,

OFFICER J. ROBINSON #51028 OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR,

710 NORTH D STREET
SAN BERNARDINO, CA 92401,

OFFICER B. MCCAULLEY OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR,

710 NORTH D STREET
SAN BERNARDINO, CA 92401,

ARMADA TOWING INC., RESPONDEAT SUPERIOR,

2285 6TH STREET

SAN BERNARDINO, CA 92410

From: Quinn Bass W.O.P.

Secured Party/Creditor  bass,  quinn  W.O.P.©          c/o P.O.  Box  166,
Highland, California [92346] Non-Domestic / Non-Assumpsit

Dear SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, OFFICER C. SHIPLEY #51048, RESPONDEAT SUPERIOR, OFFICER J. ROBINSON #51028, RESPONDEAT SUPERIOR, OFFICER B. MCCAULLEY, RESPONDEAT SUPERIOR, AND ARMADA TOWING INC., RESPONDEAT SUPERIOR and all parties of interest, hereinafter on,

On __JUNE 29TH, 2021__, the undersigned Secured Party caused to be sent

to y ou Respondent(s), a CONDITIONAL ACCEPTANCE FOR VALUE PROOF OF CLAIM (CAFV) via

certificate Of NON-RESPONSE AND NIHIL DICIT, CONSENT ACCEPTANCE AND AGREEMENT

(Read Attached Affidavit and Certificate of Non-Response and Nihil Dicit dated

06/29/2021). You failed to perform after receiving 3 presentments (AFFIDAVIT OF TRUTH AND NOTICE

OF TRUE BILL AND NOTICE OF WAIVER OF TORT) from Quinn Bass W.O.P. ©, via California based Notary

Public and you failed to perform by providing the requested and necessary PROOFS OF CLAIM

(Discovery) after receiving the said CAFV from the undersigned per your receipt and acceptance thereof.

As the Respondent, you are now                Default              and you agree              and have stipulated to the terms of the undersigned's dated presentment        through your dishonor you fail        to Cure by providing requested necessary PROOF OF CLAIM.

You have failed to cure your fault, this Notice and the undersigned's following FINAL NOTICE OF DEFAULT/RES JUDICATA will establish the fact in the record of your 'acceptance, agreement and general acquiescence' to the matter established upon Respondents silence, pursuant to and relative to Article 1 Redress of Grievance Under The Ninth Amendment, Uniform Commercial Code, State Statute, Case Law pursuant to Gardner v Broderick 392 US 273 (1968), US v Kis, 658 F.2d 526, 536-537 (7th Cir. 1981), and pursuant to Administrative Procedures Act of 1946, 2. Informal Rulemaking, 5 U.S.C. sub. 553, (b), (c), (d), (e), governs informal rulemaking and otherwise.

The liability is with you and those acting in concert with you, jointly and severally with the corporations involved with you.

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

DocuSign Envelope ID: 97d17f9d673c488b

**Billing Cost Assessed and Levied Upon Violations Will Be:**

Calculated from Notice of True Bill, Waiver of Tort and Certificate Non-Response and Nihil Dicit (Certificate of Nihil Dicit Dated 06/29/2021)

"Indeed, no more than affidavits are necessary to make the *Prima Facie* case": United State VS Kis. 658F. 2nd, 526, 536, (7th Cir. 1981): Cert denied, 50 L.W. 2169; S. Ct.

## NOTE!

These charges are a Prima Facie Tort Billing and Commercial Billing under the Uniform Commercial Code and the Fair Debt Collection Practices Act. They may and shall be assessed against individuals, persons, government bodies, and corporate entities, or any combination of same, acting venue and/or authority in the instant actions or any future actions, without recourse to claim of immunity of any form, and by their consent and admission deemed resulting from their perpetrating these acts, and do not preclude other remedies under Title 42 USC, Title 18, USC, Title 28 USC or State law, statute, rules, common law, and commercial law.

## Ignorance Of the Law Is No Excuse!

**I, Nunc pro tunc, 03/09/1980 Being of hue "the Creative force of Will of Bass, Quinn©TM, a COMMAND TO THE SERVANT. I am the principle; you are the agent! Fail not your oath, lest you be called and answer before the Creator, The Most Heavenly One! and the Real supreme Court in law not at law, the Original and exclusive, peculiar jurisdiction and venue, the international law, the Court of record first and last resort and commercial law/venue.**

This matter not intended to hinder, delay, or obstruct, but to protect and guarantee Rights and protections and assure that at no time My unalienable rights ever waived or taken from me against My will by threats, duress, coercion, fear for my life, fraud, or without My express written consent.

## Be advised once again, IGNORANCE OF THE LAW IS NO EXCUSE!

SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR,

710 NORTH D STREET
SAN BERNARDINO, CA 92401,

OFFICER SHIPLEY #51048 OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR,

710 NORTH D STREET
SAN BERNARDINO, CA 92401,

OFFICER J. ROBINSON #51028 OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR,

DocuSign Envelope ID: 779B693D-AA9F-4B13-9BE7-3E9D71200A66

710 NORTH D STREET
SAN BERNARDINO, CA 92401,

OFFICER B. MCCAULLEY OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT
SUPERIOR,

710 NORTH D STREET
SAN BERNARDINO, CA 92401,

ARMADA TOWING INC., RESPONDEAT SUPERIOR,

2285 6TH STREET

SAN BERNARDINO, CA 92410

**in his Public and Private Capacity violation fees are as follows:**

**$8,000,000.00 USD IN CREDIT,**

**$10,000 USD IN CREDIT PER DAY FOR 151 DAYS (01/29/2021TO 06/29/2021)**

**$1,510,000.00 USD,**

**INCLUDING COMPENSATORY DAMAGES (TIMES 3, 3X),**

**(EACH RESPONDENT IN THEIR PUBLIC AND PRIVATE CAPACITY)**

**$ 1,510,00.00 USD X (COMPENSATORY DAMAGES)**

**In Sum Certain Amount            Amount: $12,530,000.00 USD**

**EACH RESPONDENT IN THEIR PUBLIC AND PRIVATE CAPACITY**

_____

DocuSign Envelope ID: 7795B655D-A45F-4D7J-9BE7-5E5D7f200A68

Thank you for your prompt attention to this matter.

Sincerely,

X _bass, quinn W O P_

6973B2FCE70A498

Bass, quinn  W.O,P©

Secured Party Creditor

Authorized Representative for And in Behalf Of

QUINN SHINDA BASS©

Without Prejudice

DATE:  11/23/2022

# W I T N E S S E S

We the undersigned Witnesses hereby STAND and Attest that Abigail Davy©, signed this document
on this _____ day of _____, 2022___, of his Own Free Will, as witnessed by Our
Signatures below:

First Witness Signature
Address: _____

Second Witness Signature

DocuSign Envelope ID: 7F9B693D-A46F-4B75-8DEF-5E5D77200A63

Address: _____

DocuSign Envelope ID: ADDD7D98-C967-4D3F-9F2A-957F23D784A9

# Affidavit in Support of Certificate of Protest

San Bernardino County          )

                                        )SS.

State of California               )

I, Quinn Bass W.O.P., hereinafter Presenter, having firsthand knowledge of the facts stated herein, being competent to make these statements, do hereby state the following facts: To wit,

1.      SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, OFFICER C. SHIPLEY #51048 OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, OFFICER J. ROBINSON #51028 OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, OFFICER B. MCCAULLEY, OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, AND ARMADA TOWING INC., RESPONDEAT SUPERIOR AND ALL PARTIES OF INTEREST, received an Affidavit of Truth and Notice of True Bill along with a Notice of Waiver of Tort, also known as, Administrative Remedy Process pursuant to the Administrative Procedures Act of 1946, 2. Informal Rulemaking. 5 U.S.C. par. 553 (b), (c), (d), (e), and pursuant to U.S. v Kis 658F. 2nd, 526, 536, (7th, cir. 1981): Cert denied, 50 US L.W. 2169; S. Ct.  "Indeed, no more than (affidavits) are necessary to make the 'Prima Facie' case" first mailing dated on 05/28/2021, second mailing on 06/14/2021, and third and final mailing and default, dishonor, and forfeiture date 06/29/2021.

2.      An Affidavit and Certificate of Non Response and Nihil Dicit Conditional Acceptance For Value "Void Judgement" was created by California Notary Public (Third Party Witness but not a Party of Administrative Process), which was served on SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, OFFICER C. SHIPLEY #51048 OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, OFFICER J. ROBINSON #51028 OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, OFFICER B. MCCAULLEY, OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR AND ARMADA TOWING INC., RESPONDEAT SUPERIOR AND ALL PARTIES OF INTEREST, on 06/29/2021.

3. Response to Conditional Acceptance for Value from SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, OFFICER C. SHIPLEY #51048 OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, OFFICER J. ROBINSON #51028 OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, OFFICER B. MCCAULLEY, OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR AND ARMADA TOWING INC., RESPONDEAT SUPERIOR

DocuSign Envelope ID: ADDD7D98-C967-4D3F-9F2A-957F23D7B4A9

RESPONDEAT SUPERIOR AND ALL PARTIES OF INTEREST, through 11/23/2022 was silence putting all respondents in Default, Dishonor, and Forfeiture.

4.      A Notice of Statement of Claim Remedy/ True Billing and Fee Schedule, for all respondents listed dated on 11/23/2022 was served via USPS registered mail on 11/23/2022 by California Notary Public (Third Party Witness but not a Party of Administrative Process),

5.      A Certificate of Protest was created by California Notary Public (Third Party Witness but not a Party of Administrative Process), which was served on SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, OFFICER C. SHIPLEY #51048 OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, OFFICER J. ROBINSON #51028 OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, OFFICER B. MCCAULLEY, OF THE SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR AND ARMADA TOWING INC., RESPONDEAT SUPERIOR RESPONDEAT SUPERIOR AND ALL PARTIES OF INTEREST by via USPS registered mail

On 11/23/2022.

Presenter declares the above facts to be true, correct, and complete to the best of his knowledge and belief and hereby submits the Affidavit knowing the penalty of bearing false witness before God and Man and under penalty of perjury under the law of California.

Submitted this 23rd Day of November, AD_____2022

X _____

(bass, quinn W.O.P.)

JURAT/ACKNOWLEDGMENT

DocuSign Envelope ID: ADDD7D98-C9674D3F-9F2A-957F23D7B4A9

**California - state**                     )

**on the land**                           )

**and beyond the sea**                    )


**San Bernardino county on the land**   )

**and beyond the sea**                    )


**his free act and deed. Subscribed and agreed to before the undersigned.**

United States of America

State of CA

County of Los Angeles

11/23/2022

# CERTIFICATE OF NOTARIAL PROTEST

(Notice Of Default, Dishonor and Forfeiture)

(CA Notarial Code 8208)

(Authorized duties of a notary in USA)

Be it known that in 06/29/2021, at the request of Mr. Quinn Bass Shinda, I, Sissy McConnon, duly commissioned and sworn, residing in Los Angeles, in the State of California, did present the original Demand Letter, created or written by Mr. Quinn Bass Shinda , hereto attached, for $12,530,000.00 from each and all Superior Respondent, dated on 06/29/2021 and demanded payment or acceptance of the payment thereof which was **refused or ignored.**

Whereupon, I, at the request of the aforesaid Mr. Quinn Bass Shinda, did protest and by these presents do protest, as well against the drawer, creator, endorsers and acceptors of said instruments as against all others whom it may concern, for exchange, costs, charges, damages that already incurred or hereinafter to be incurred by the reason of non-payment thereof. I further certify, that in 06/29/2021 notice in writing of the foregoing presentment demand, refusal and protest was given by Mr. Quinn Bass Shinda, by shipping notices thereof in the USPS, in the form of certified mail, with return (green) receipts and directed as follows:

1. **San Bernardino Police Department, amount demanded: $12,530,000.00**
2. **Officer Shipley (#51048) of the San Bernardino Police Department, amount demanded: $12,530,000.00**
3. **Officer J. Robinson, (#51028) of the County of San Bernardino Police Department, amount demanded: $12,530,000.00**
4. **Officer B. MacCaulley of the County of San Bernardino Police Department, amount demanded: $12,530,000.00**
5. **Armada Towing INC., amount demanded: $12,530,000.00**

I further certify that the notices or the type of documents were sent as follows:

1. **San Bernardino Police Department, 710 North D Street, San Bernardino, CA, 92401**
2. **Officer Shipley (#51048), San Bernardino Police Department, 710 North D Street, San Bernardino, CA, 92401**
3. **Officer J. Robinson, (51028) of the San Bernardino Police Department, 710 North D Street, San Bernardino, CA, 92401**
4. **Officer B. MacCaulley of the San Bernardino Police Department Department, 710 North D Street, San Bernardino, CA, 92401**
5. **Armada Towing INC, 2285 6th Street, San Bernardino, CA, 92410**

**Specifically, three Notices were sent to all aforesaid locations, in 06/01/2021, in 06/15/2021 and in 06/29/2021.** Furthermore, the listed Respondeats neglected/refuted/refused to answer in good faith and are now in default, dishonor and forfeiture pursuant to the Affidavit and Certificate of Non-Response and Ni Hil Di Cit, dated 06/29/2021.

Each of the named place(s) is the reputed and legally known place of residence of the person or of the company for whom the notice was sent. In testimony whereof I have hereunto set my hand and affixed my seal of my commission, in Los Angeles, on 11/23/2022.

Notary Seal

(Seal) Notary Public Signature and name

*Sissy McCannon*

## NOTICE OF AGENT IS NOTICE TO PRINCIPLE

*AFFIDAVIT OF TRUTH AND NOTICE OF TRUE BILL*

### NOTICE OF DEFAULT

### (THIRD AND FINAL NOTICE)

*******************************************************************************************

JUDGE MICHAEL SACHS CA BAR LICENSE #134655,

JUDGE HAROLD T. WILSON JR. CA BAR LICENSE #134988

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO, RESPONDEAT SUPERIOR AND ALL PARTIES OF INTEREST

247 W. THIRD ST.

SAN BERNARDINO, CA 92415,

JASON ANDERSON DISTRICT ATTORNEY FOR THE COUNTY OF SAN BERNARDINO, RESPONDEAT SUPERIOR AND ALL PARTIES OF INTEREST

303 W. THIRD ST.

SAN BERNARDINO, CA 92415,

John Mcmahon d/b/a JOHN MCMAHON d/b/a SHERIFF OF THE COUNTY OF SAN BERNARDINO, REPONDEAT SUPERIOR

655 E. THIRD ST.

SAN BERNARDINO, CA 92415-0061/ SAN BERNARDINO COUNTY COUNSEL, RESPONDEAT SUPERIOR AND ALL PARTIES OF INTEREST

385 N. ARROWHEAD AVE

SAN BERNARDINO, CA 92415



### NOTICE OF TRUE BILL

Take Judicial Notice that on or around September 21st 2020 a Writ of Ponedis in Assisis was submitted regarding alleged frivolous criminal case #FSB19001352 to the San Bernardino County

Sheriff's Department for Sheriff John Mcmahon to recuse Judge HAROLD T. WILSON JR and provide a public trial pursuant to my due process of law giving the Sheriff's Department, Respondeat Superior 15 days to respond pursuant to U.S. Supreme Court Case precedent Gardner v. Broderick (1968). Take further notice the San Bernardino Sheriff's Department, Respondeat Superior neglected/refuted/refused to respond to my Writ of Ponedis in Assisis furthermore, THE SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO CENTRAL DIVISION, RESPONDEAT SUPERIOR received a copy of Writ of Ponedis in Assis by case filing where Judge HAROLD T. WILSON JR. CA BAR #134988 stated on record since he is listed in the Writ of Ponedis in Assisis therefore that it is a conflict of interest and he would take no action on the Writ; furthermore SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO CENTRAL DIVISION, RESPONDEAT SUPERIOR was notified that there was a Writ of Ponedis in Assis submitted to the SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, RESPONDEAT SUPERIOR yet decided to ignore Stay of Proceedings filed in case and proceeded on alleged frivolous case #FSB19001352 on January 15th 2021 giving my private property an arrest warrant for failure to appear to a proceedings that should have never took place furthermore, violating my unalienable rights, protected by the California Constitution of 1849 Article I Declaration of Rights Section(s) 1, 3, , 4, 6, 7, 8, 16, 19, 21 and pursuant to U.S.C. Article VI Section 3.

Take further judicial notice that since the inception of the aforementioned frivolous case I filed a Notice to Intervene pursuant to 28 U.S.C. 2403 (Constitutional Challenge), Motion to Dismiss due to lack of jurisdiction and subject matter, Violation of Rights Under Color of Law Warning (filed as discovery/evidence), Notice to Cease and Desist (filed as discovery evidence) Foreign Registration Statement (filed as Discover/Evidence) Video/Audio Disc (Filed as Discovery/Evidence), GSA Bond (Filed in case), Affidavit of Prejudice pursuant to Public Law against several Judges including Harold T. Wilson Jr. CA BAR #134988, Writ of Poneddis in Assisis (filed in case), motion to change venue due to conflict of interest (filed in case), Notice of Stay of Proceedings, Affidavit of Truth and Notice of True Bill  (filed in case), Notice of Waiver of Tort (filed in case), Affidavit and Certificate of Non-Response and Nihil Decit, Affidavit of Rescission of Signature (Filed in case as Discovery/Evidence), etc.

## 18 U.S. Code § 242.Deprivation of rights under color of law

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the

**punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both;**

**42 U.S. Code § 1983.Civil action for deprivation of rights**

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable.

**42 U.S. Code § 1985.Conspiracy to interfere with civil rights**

**(3)DEPRIVING PERSONS OF RIGHTS OR PRIVILEGES**
**If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators**

U.S. Supreme Court Case Gardner v Broderick 1968 in PUBLIC SERVANTS must respond to any and all presentments

Amendment V of the United States Constitution

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation

U.S.C. Article VI Section 3.

**Clause 3**

- The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

California Constitution of 1849 Article I Declaration of Rights:

SECTION 1.

All people are by nature free and independent and have inalienable rights. Among these are enjoying and defending life and liberty, acquiring, possessing, and protecting property, and pursuing and obtaining safety, happiness, and privacy.

SEC. 3.

(a) The people have the right to instruct their representatives, petition government for redress of grievances, and assemble freely to consult for the common good.

(b) (1) The people have the right of access to information concerning the conduct of the people's business, and, therefore, the meetings of public bodies and the writings of public officials and agencies shall be open to public scrutiny.

(2) A statute, court rule, or other authority, including those in effect on the effective date of this subdivision, shall be broadly construed if it furthers the people's right of access, and narrowly construed if it limits the right of access. A statute, court rule, or other authority adopted after the effective date of this subdivision that limits the right of access shall be adopted with findings demonstrating the interest protected by the limitation and the need for protecting that interest.

(3) Nothing in this subdivision supersedes or modifies the right of privacy guaranteed by Section 1 or affects the construction of any statute, court rule, or other authority to the extent that it protects that right to privacy, including any statutory procedures governing discovery or disclosure of information concerning the official performance or professional qualifications of a peace officer.

(4) Nothing in this subdivision supersedes or modifies any provision of this Constitution, including the guarantees that a person may not be deprived of life, liberty, or property without due process of law, or denied equal protection of the laws, as provided in Section 7.

(5) This subdivision does not repeal or nullify, expressly or by implication, any constitutional or statutory exception to the right of access to public records or meetings of public bodies that is in effect on the effective date of this subdivision, including, but not limited to, any statute protecting the confidentiality of law enforcement and prosecution records.

(6) Nothing in this subdivision repeals, nullifies, supersedes, or modifies protections for the confidentiality of proceedings and records of the Legislature, the Members of the Legislature, and its employees, committees, and caucuses provided by Section 7 of Article IV, state law, or legislative rules adopted in furtherance of those provisions; nor does it affect the scope of permitted discovery in judicial or administrative proceedings regarding deliberations of the Legislature, the Members of the Legislature, and its employees, committees, and caucuses.

(7) In order to ensure public access to the meetings of public bodies and the writings of public officials and agencies, as specified in paragraph (1), each local agency is hereby required to comply with the California Public Records Act (Chapter 3.5 (commencing with Section 6250) of Division 7 of Title 1 of the Government Code) and the Ralph M. Brown Act (Chapter 9 (commencing with Section 54950) of Part 1 of Division 2 of Title 5 of the Government

Code), and with any subsequent statutory enactment amending either act, enacting a successor act, or amending any successor act that contains findings demonstrating that the statutory enactment furthers the purposes of this section.

SEC. 4.

Free exercise and enjoyment of religion without discrimination or preference are guaranteed. This liberty of conscience does not excuse acts that are licentious or inconsistent with the peace or safety of the State. The Legislature shall make no law respecting an establishment of religion.

A person is not incompetent to be a witness or juror because of his or her opinions on religious beliefs.

SEC. 16.

Trial by jury is an inviolate right and shall be secured to all, but in a civil cause three-fourths of the jury may render a verdict. A jury may be waived in a criminal cause by the consent of both parties expressed in open court by the defendant and the defendant's counsel. In a civil cause a jury may be waived by the consent of the parties expressed as prescribed by statute.

In civil causes the jury shall consist of 12 persons or a lesser number agreed on by the parties in open court. In civil causes other than causes within the appellate jurisdiction of the court of appeal the Legislature may provide that the jury shall consist of eight persons or a lesser number agreed on by the parties in open court.

In criminal actions in which a felony is charged, the jury shall consist of 12 persons. In criminal actions in which a misdemeanor is charged, the jury shall consist of 12 persons or a lesser number agreed on by the parties in open court.

SEC. 19.

(a) Private property may be taken or damaged for a public use and only when just compensation, ascertained by a jury unless waived, has first been paid to, or into court for, the owner. The Legislature may provide for possession by the condemnor following commencement of eminent domain proceedings upon deposit in court and prompt release to the owner of money determined by the court to be the probable amount of just compensation.

(b) The State and local governments are prohibited from acquiring by eminent domain an owner-occupied residence for the purpose of conveying it to a private person.

(c) Subdivision (b) of this section does not apply when State or local government exercises the power of eminent domain for the purpose of protecting public health and safety; preventing serious, repeated criminal activity; responding to an emergency; or remedying environmental contamination that poses a threat to public health and safety.

(d) Subdivision (b) of this section does not apply when State or local government exercises the power of eminent domain for the purpose of acquiring private property for a public work or improvement.

(e) For the purpose of this section:

1. "Conveyance" means a transfer of real property whether by sale, lease, gift, franchise, or otherwise.

2. "Local government" means any city, including a charter city, county, city and county, school district, special district, authority, regional entity, redevelopment agency, or any other political subdivision within the State.

3. "Owner-occupied residence" means real property that is improved with a single-family residence such as a detached home, condominium, or townhouse and that is the owner or owners' principal place of residence for at least one year prior to the State or local government's initial written offer to purchase the property. Owner-occupied residence also includes a residential dwelling unit attached to or detached from such a single-family residence which provides complete independent living facilities for one or more persons.

4. "Person" means any individual or association, or any business entity, including, but not limited to, a partnership, corporation, or limited liability company.

5. "Public work or improvement" means facilities or infrastructure for the delivery of public services such as education, police, fire protection, parks, recreation, emergency medical, public health, libraries, flood protection, streets or highways, public transit, railroad, airports and seaports; utility, common carrier or other similar projects such as energy-related, communication-related, water-related and wastewater-related facilities or infrastructure; projects identified by a State or local government for recovery from natural disasters; and private uses incidental to, or necessary for, the public work or improvement.

6. "State" means the State of California and any of its agencies or departments.

Section 21

## NOTICE OF TRUE BILL

**WARNING**: You may be in violation of State and Federal Law and persisting may lead to your arrest and/or civil damages! Also understand that law provides that you can be held personally responsible and liable, as well as your company or agency.

SUPERIOR COURT OF CALIFORNIA, RESPONDEAT SUPERIOR, SAN BERNARDINO COUNTY COUNSEL/SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT RESPONDEAT RESPONDEAT SUPERIOR, SAN BERNARDINO COUNTY DISTRICT ATTORNEY'S OFFICE, RESPONDEAT SUPERIOR,

YOU ARE HEREBY GIVEN THREE BUSINESS DAYS OF THE RECIEPT OF THIS DOCUMENT (EXCLUDING HOLIDAYS) TO PROVIDE ME **Affidavit of Demand for Attorney-at-Law/Councel (THIRD PARTY INTERVENER)Foreign Registration Statement (Agent listed)** IN GOOD FAITH AND AS REQUIRED BY LAW PURSUANT TO U.S. SUPREME COURT CASE PRECENDENT GARDNER V. BRODERICK (1968).  YOUR NEGLECT TO REFUTE/REFUSE/REBUT/ANSWER THE AFOREMENTIONED REGISTRATION STATEMENT WILL BE DEEMED A DIRECT VIOLATION OF MY DUE PROCESS OF LAW WHICH IS PROTECTED BY CALIFORNIA CONSTITUTION OF 1849 ATICLE I DECLARATION OF RIGHTS AND ORGANIC UNITED STATES CONSTITUTION PURSUANT TO U.S.C. ARTICLE VI CLAUSE 3 AND IT WILL BE CONSIDERED A CONTINOUS ACT OF TORT AND YOU WILL BE CONTRACTED BY WAIVER OF TORT TO PAY IN THE AMOUNT OF $250,000 USD IN CREDIT INCLUDING AN ADDITIONAL $10,000 USD IN CREDIT PER DAY STARTING BACK ON DAY OF TRESPASS (MARCH 29TH 2019 TO DATE).

Without Recourse

By: Bass, Quinn W.O.P. ©

Bass, Quinn Without Prejudice

Authorized Representative
Proper Rules of English
Article 9 Entity Strict Liability

DATE: 31 MARCH 2021

NOTARY:

## AFFIDAVIT AND CERTIFICATE OF NON-RESPONSE

## & NEHIL DECIT &

## Failure to Consent Acceptance and Agreement

Re: Non-Response to Private Conditional Acceptance for Value for Proof of Claim in the Nature of Request for Discovery to Exhaust Administrative Remedy.

## State of California, Couty Of Los Angeles

Indeed, no more affidavits are necessary to make the Prima Facie case" : United State VS Kis , 658F. 2nd , 526,536, (7th circle, 1981) : Cert denied, 50 US L.W. 2169; S. Ct.

Today, in 03/31/2021, I, ~~Sissy~~ McConnon being first duly sworn, depose and declare by my signature that the following facts are true to the best of my knowledge and belief, that I, California based Notary Public, a third party herein, certify that a Private Conditional Acceptance for Value for the Proofs of Claim on VOID JUDGEMENT in the Nature of Request for Discovery was sent by USPS to following addresses:

1.   Superior Court Of San Bernardino, 247 West 3rd Street, San Bernardino, Ca, 92415 San Bernardino County Sheriff's Department, 655 East 3rd Street, San Bernardino, Ca, 92415
2.   San Bernardino County District Attorney's Office, 303 West 3rd Street, San Bernardino, Ca, 92415
3.   **SAN BERNARDINO COUNTY COUNSEL, RESPONDEAT SUPERIOR AND ALL PARTIES OF INTEREST 385 N. ARROWHEAD AVE,SAN BERNARDINO, CA 92415**

The documentation was shipped three times via certified mail with requested return receipts.

The documentation was mailed by the name of the party who is the main and original claimant and her name is Sonya Ayinde Lafaye. A response as stipulated in the document was to be sent to the undersigned as well, who is an California based Notary Public, me, Sissy McConnon, serving as second independent witness of the mailing process.

Therefore, I, ~~Sissy~~ McConnon, certify that I have reviewed the original documents of the above party and shipping receipts, green colored  proofs  of acceptance and the above party's documents,

a. **Notice of Fault and opportunity to Cure,**

**b. Affidavit of Truth and Notice of True Bill**

At the time the documents were mailed, at the same time request was made to not only send a RESPONSE of the requested proofs of the claim to the above party, who is **Mr. Bass Quinn Shinda,** but to the undersigned, me Shushik (Sissy) McConnon, as a certified and licensed Notary Public and as a independent third party, **but not a party to the matter for the sole purpose** to witness and certify that any such RESPONSE was sent and received at my address / office for conclusion the above party's private administrative process. The appropriate and reasonable response was requested within a specific period of the time with an additional three (3) days for return mail.

Therefore, I, ~~Sissy~~ McConnon, certify and declare under penalty of perjury, that after checking my mail box in everyday basis, I did not receive any documentation or response from above facilities. These Governmental Departments REFUSED or FAILED to RESPOND within the reasonable time stipulated to the above party's **Mr. Bass Quinn Shinda's Private conditional Acceptance for value for proof of a claim.**

Shushik (Sissy) McConnon (third party signature) …………………………

Notary Public Seal ……………………………

HAROLD A. UTOMAKILI

My Commission expires ..MAY 9, 2021

Los Angeles, Ca

03/31/2021

HAROLD A. UTOMAKILI
COMM. # 2191377
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. MAY 9, 2021

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of ..Los Angeles

Subscribed and sworn to (or affirmed) before me on this ..31.. day of ..March.., 20.21.. by ..Shushik McConnon.., proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me

Signature …………………………… [Seal]

Q Ali Bey Express Trust d/b/a QUINN S. BASS W.O.P. (COPYRIGHT) TM

C/O P.O. Box 166

Highland, CA 92346



RECEIVED
DEC 06 2022
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
COURT EXECUTIVE OFFICE

## (SECOND NOTICE)

## NOTICE OF COMPLAINT PURSUANT TO GOVERNMENT CODE §§ 6250 ET SEQ.

## AND THE FREEDOM OF INFORMATION ACT, 5 U.S.C. § 552

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

DEC 06 2022

By _____
DEPUTY

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN BERNARDINO, CENTRAL DIVISION, RESPONDEAT

SUPERIOR

247 W. THIRD ST.

SAN BERNARDINO, CA  92415,

JUDGE GLENN YABUNO (PRESIDING)

247 W. THIRD ST.

SAN BERNARDINO, CA  92415,

 JUDGE RONALD M. CHRISTIANSON

247 W. THIRD ST.

SAN BERNARDINO, CA  92415,

Anabel Z. Romero d/b/a ANABEL Z. ROMERO d/b/a

COURT EXECUTIVE OFFICER

247 W. THIRD ST.

SAN BERNARDINO, CA  92415,

1  OF 3

Take notice that on 10/18/2022 a Freedom of Information Act Request pursuant to Government Code §§ 6250 et seq. and The FREEDOM OF INFORMATION ACT, 5 U.S.C. § 552 was given to SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO, RESPONDEAT SUPERIOR'S CLERK OF COURT Carmen Trutanich d/b/a CARMEN TRUTANICH d/b/a COURT EXECUTIVE OFFICER located at 247 West Third St. San Bernardino, California 92415 11th floor afterwards filed into SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO CENTRAL DIVISION CASE NUMBER(S) FSB21000434/FSB19001352.

Take further notice that after ten days the respondent(s) failed/refused/refuted to answer the aforementioned request in good faith; furthermore, the Respondents did not give any justification of withholding any record by demonstrating that the record in question is exempt under express provisions of this chapter or that on the facts of the particular case the public interest served by not disclosing the record clearly outweighs the public interest served by disclosure of the record, allegedly violating aforementioned GOV. CODE §§ 6250 et seq. and The FREEDOM OF INFORMATION ACT, 5 U.S.C. § 552.

Take further notice that on 10/31/2022 a second Freedom of information Act Request pursuant to Government Code §§ 6250 and The FREEDOM OF INFORMATION ACT, 5 U.S.C. § 552 was given to SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO, RESPONDEAT SUPERIOR'S CLERK OF COURT Carmen Trutanich d/b/a CARMEN TRUTANICH d/b/a COURT EXECUTIVE OFFICER located at 247 West Third St. San Bernardino, California 92415 11th floor afterwards filed into SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO CENTRAL DIVISION CASE NUMBER(S) FSB21000434/FSB19001352.

Take further notice that as of todays date of December 6th,2022, the respondent(s) still have failed/refused/refuted to answer the aforementioned request in good faith; furthermore, the Respondents did not give any justification of withholding any record by demonstrating that the record in question is exempt under express provisions of this chapter or that on the facts of the particular case the public interest served by not disclosing the record clearly outweighs the public interest served by disclosure of the record, allegedly violating aforementioned GOV. CODE §§ 6250 et seq. and The FREEDOM OF INFORMATION ACT, 5 U.S.C. § 552 as well as petitioner's unalienable rights protected by, the California Constitution of 1849 Declaration of Rights as well as the United States Constitution (Bill of Rights) and pursuant to rights and protections guaranteed to myself from your constitutional limits upon governmental authority including but not limited to your oath of office pursuant to Article VI of the United States of America Constitution and the Code of laws of the United States of America of a General and Permanent Character – Title 22. Chapter 2 Section 141, and the remedies available under the UNIFORM COMMECIAL CODE, COMMON LAW AND COMMERCIAL LIENS, TITLE 42, TITLE 28 USC AND ADDITIONALLY SUCH STATE STATUTE(S), LAW, RULES AND REGULATIONS THAT APPLY TO YOU AND DO NOT WAIVE ANY PART OF THEM.

2 OF 3

Take further notice that pursuant to The California Open Meetings Act and GOV. CODE § 336. Assessment of Civil Penalties as well as 5 U.S.C. § 552(a)(4)(F), U.S. Supreme Court Case precedent Gardner V. Broderick, 392 U.S. 273 (1968) "Public Servants must respond to any and all presentments" furthermore, all listed respondents are given 3 Days accelerated acceptance to respond/answer to the Second Notice of Complaint PURSUANT TO GOVERNMENT CODE §§ 6250 ET SEQ. Your Second Notice neglect/refute/refusal to answer/respond to the Second Notice of Complaint will be deemed a direct violation of petitioner's aforementioned unalienable Rights as well as a violation of listed Respondents Sworn Oath of Office and all listed Respondents may be held personally liable for Noble, Civil, and Criminal damages in your Public and/or Private Capacity as well as your Company and/or Agency in accordance with law and by Default, Dishonor, and Forfeiture and due to your silence Superior Court of California County of San Bernardino Central Division Criminal Case Numbers FSB19001352/FSB21000434 is "ORDERED" Dismissed with Prejudice pursuant to U.S. Supreme Court Case United Stated v. Throckmorton 98 U.S. 61 (1878) "FRAUD ON THE COURT, BY THE COURT, AND THE PROSECUTION" and pursuant to CALIFORNIA CONSTITUTION Article XX MISCELLANEOUS SUBJECTS [SEC. 1-23] SWORN OATH OF OFFICE and obligation to register with the California Secretary of State, (U.S.C. Article VI Clause III) and pursuant to California Penal Code 1385 "In the Interest of Justice"

RES JUDICATA

I declare under the penalty of perjury of the laws of the United States of America's California Republic the foregoing to be true and correct.

Gratitude on your attention in this matter

[X] By: Q Ali Bey
AUTHORIZED REPRESENTATIVE
SUI JURIS                                                         DATE 06 DEC 202

[X] By: bassy qumin WOP.© TM                      DATE 06 DEC 202

3 OF 3

Superior Court of the State of California, County of San Bernardino
Central Division
247 West Third Street San Bernardino Ca. 92415
(909) 384-1888

Case Number(s): FSB21000434

FSB19001352

Defendant: Quinn Shinda Bass

To whom it may concern,

The court has received your request for copies regarding the above mentioned case numbers. Unfortunately, we are unable to provide the documents requested (Bid Bond, Performance Bond, Payment Bond, Cusip/Sedol Number, and Certificate of Participation) as the court is not in possession of them.

If you have any questions please feel free to contact us at the phone number noted above.


Thank you,

San Bernardino Justice Center



# DECLARATION AND
## MEMORANDUM OF COMPLAINT

August 11, 2021

TO:      San Bernardino Police Department , RESPONDEAT SUPERIOR

FROM:    Quinn Bass

SUBJECT:  Personnel Complaint

I Quinn Bass W.O.P. declare under the penalty of the perjury of the laws of the United States of America's California Republic that,

*The following is a paraphrased summary of the incident that has given rise to my (Quinn Bass) complaint again members of the San Bernardino Police Department, Respondeat Superior. The true name and identity of the involved officers will be named when their true and complete identity is made known to me or my legal representative(s):*

On or about January 29, 2021, at approximately 9:30pm I left my residence to go purchase water for my wife. As I was traveling Northbound on Del Rosa I came to a stop for the red light at the intersection of Del Rosa and Pacific. While waiting for the light to change, I observed a San Bernardino Police Department SUV traversing the intersection; furthermore, committed an illegal U-turn to make his way northbound on Del Rosa. When the light turned green, I proceeded Northbound on Del Rosa. As I drove past the old welfare office, I saw a parked police vehicle parked alongside of the building (In the alleyway).

Upon passing the parked police vehicle I observed that police vehicle head-lights and emergency lights come on and proceeded to follow me. I immediately pull into the parking lot where DD's Discount store and Jack N the Box were located before Highland Ave.furthermore, I proceeded to pull into the Little Caesar Pizza parking lot, because of the lighting there and the presence of people.  The officers got out of their

police vehicle and approached my vehicle, one officer walks up to the driver side door and immediately pulls the door handle before making initial verbal contact, while his partner walked up to the passenger side window.

I partly opened the driver-side window to allow me to communicate with the approaching officer. The driver-side officer approached the window and ask for my license and registration. As I was retrieving the requested items, I ask the officer "...what is the reason for the emergency light and that I had not committed any crime."

The officer stated that I was speeding. I denied that I was speeding and gave the officer my information. The officer placed my information on the roof of my car and ordered me out of my vehicle.

I told the officer I was in fear of my safety and asked the officer to have a watch commander come to the location. The officer refused to request a supervisor and told me if I did not get out of my vehicle, he was going to force me out of the car. I agreed to step out of my private conveyance, however, I waited a moment to step out to insure my cell phone was recording the incident. The officer reached for my window and gave me to the count of three to step out of my conveyance, I pleaded with the officer not to break the window because I did not commit a crime, the officer again threatening to break my vehicle window and told me" I had 3 seconds to get out of my vehicle, he counted to one then proceeded to use both of his hands and break out the window. As the driver-side officer was breaking the window the other officer left the passenger side on my vehicle and came around to the driver-side of the vehicle.

The officers proceeded to pull me from my vehicle, slam me headfirst into the bed of glass officer just broken; furthermore, almost falling unconscious, followed by a third officer jumping on top of me while the other two officers wrench back both of my arms, breaking my right elbow, severely spraining the left elbow, reinjuring rotator cuff injury  - - causing injuries to my person, that are yet to be fully determined. After the physical assault I was transported to Arrowhead Regional Medical Center by handcuffs due to the fact the officers made it seemed as if the I assaulted them and in doing so the Paramedic that arrived on seen refused to take me and/or made a false report saying I didn't need medical attention though I requested to be taken to the hospital by the medical staff who arrived on scene. Im currently suffering mental anguish and physical anguish that is currently making me physically sick.

My complaint includes but is not limited to the following allegations:

1. That I was stopped and detained by the officers because I was "driving while black" (DWB)

2. That I was subjected to having my car damaged without just reason or cause

3. That I was assaulted by the officers

4. That I was battered by the officers

5. That I was injured by the officers

6. That I was kidnapped by the officers

7. That I was falsely arrested by the officers

8. That I was assaulted, battered, falsely arrested, and imprisoned without cause by the officers under the color of authority

9. That I have and continue to suffer physical and psychological injuries caused by the officers that are causing mental anguish that is making me physically sick

10. That I am now the subject of false criminal charges brought on by the concerned officers that are causing slander, libel, deliberate indifference, monetary hardship, and mental anguish.

*The foregoing statement is a paraphrased summary of the event that has given rise to my complaint against members of the San Bernardino Police Department Respondeat Superior. I reserve the right to supplement my statement and complaint upon recall of additional information.*

Respectfully Submitted,

DATE: 11 AUG 2021

x By: bass, quinn W.O.P.
Quinn Bass   WITHOUT PRESODICE / SUI JURIS

NOTARY :

DocuSign Envelope ID: C76554EE-B315-4B80-A945-23DC3BD26AF6

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

OCT 2 1 2022

BY _____
B. MATHIEU-RAMOS, DEPUTY

NOTICE AND NOTICE OF MOTION

TO DISMISS WITH PREJUDICE

## NOTICE

STATE OF CALIFORNIA          )                    CASE#FSB19001352/FSB21000434

                             ) ss                 JUDGE RONALD M. CHRISTIANSON

COUNTY OF SAN BERNARDINO     )                    JUDGE GLENN YABUNO (PRESIDING)

CERT. MAIL #

**DATE: October 27ᵗʰ, 2022, (EX PARTE) (SPECIAL RESTRICTED APPEARANCE)**

Q ALI BEY EXPRESS TRUST D/B/A QUINN SHINDA BASS (COPYRIGHTED, TRADEMARK)

c/o P.O. Box 166

Highland, CA 92346

(Sui Juris)

**RE:**

**CLERK OF COURT**

Carmen Trutanich d/b/a CARMEN TRUTANICH d/b/a

COURT EXECUTIVE OFFICER

247 WEST THIRD STREET

SAN BERNARDINO, CA 92415

Jason Anderson d/b/a JASON ANDERSON

ATTOREY-AT-LAW/COUNCEL

SUPERIOR COURT OF CALIFORNIA COUNTY OF

SAN BERNARDINO CENTRAL DIVISION

SAN BERNARDINO, CA UNITED STATES OF AMERICA

1

DocuSign Envelope ID: C79F54EE-B315-4B80-AD15-2DDC3BD36AF6

## NOTICE

Take judicial notice that I Q. Ali Bey (The Living Soul) hereby declares under the penalty of perjury of the laws of the United States of America's California Republic that I am the authorized representative for Q ALI BEY EXPRESS TRUST doing business as QUINN SHINDA BASS; furthermore, I reserve all of my unalienable rights protected by **the most high, the creator of heaven and earth, The Peace and Friendship Treaty and Amnesty of 1787, Article 21, Free Moorish American Zodiac Constitution Article II, Paragraph II, Resolution No. 75 Dated April 17th, 1933 Moorish American Society of Philadelphia and use of their names, The Order of Melchizedek Genesis 14:18 verse 19, the California Constitution of 1849 Article I Declaration of Rights, along with the United States Constitution (Bill of Rights), rights and protections guaranteed to myself from your constitutional limits upon governmental authority including but not limited to your oath of office pursuant to Article VI of the United States of America Constitution and the <u>Code of laws of the United States of America of a General and Permanent Character – Title 22. Chapter 2 Section 141,</u> and the remedies available under the UNIFORM COMMECIAL CODE, COMMON LAW AND COMMERCIAL LIENS, TITLE 42 and 18 USC, TITLE 28 USC AND ADDITIONALLY SUCH STATE STATUTE(S), LAW, RULES, AND REGULATIONS THAT APPLY TO YOU AND DO NOT WAIVE ANY PART OF THEM.**

Take further judicial notice that Q Ali Bey Express Trust D/B/A QUINN SHINDA BASS is the beneficial owner of QUINN SHINDA BASS (copyright) and all proceeds; furthermore; I Q. Ali Bey the authorized representative and Trustee for Q. Ali Bey Express Trust d/b/a QUINN SHINDA BASS, never consented by affirmation, signature, Certificate of Participation or by any means to the aforementioned case numbers FSB19001352/FSB21000434 or any previous cases to move forward in any capacity and or give consent for any Bonds to being created for any purposes; furthermore, the only authorized Bond recorded on public record is the GSA INDIVIDUAL SURETY BOND filed for case number(s) FSB19001352/FSB21000434 by bass, quinn W.O.P.

Take further judicial notice that SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO is **not the proper jurisdiction** pursuant to the Peace and Friendship Treaty and Amnesty of 1786 , Article 21 and Free Moorish American Zodiac Constitution Article II, Paragraph II and United States Constitution Article III section 2; furthermore, provided any violations against the aforementioned Peace and Friendship Treaty and Amnesty of 1786, Article 21, and or United States Constitution were violated by a **"Moor"** the proper venue would be the federal district court as that venue would be the starting point for any case arising under federal statutes, the Constitution, or Treaties. (READ ATTACHED DOCUMENTS)

# (ORDER)

## ORDER TO DISMISS CASE NUMBERS

## FSB19001352/FSB21000434 WITH EXTREME PREJUDICE

2

Take further judicial notice that I Quinn Bass W.O.P. the living Soul never consented by affirmation, signature, Certificate of Participation or by any means to the aforementioned case numbers FSB19001352/FSB21000434 or any previous cases to move forward in any capacity and or give consent for any Bonds being created for any purposes; furthermore, the only Bonds authorized and filed for case numbers FSB19001352/FSB21000434 were to BOND these cases by way of GSA INDIVIDUAL SURETY BOND filed by bass, quinn W.O.P. in 2021.

Take further judicial notice that since there is no video and or audio evidence of an actual crime and or violation being committed against The Peace and Friendship Treaty and Amnesty of 1786, Article 21 and/or The United States Constitution; furthermore, let the record reflect that I Q Ali Bey authorized representative and Trustee for Q. Ali Bey Express Trust beneficial owner of QUINN SHINDA BASS (copyright), (trademark) do hereby move this court to dismiss/quash criminal cases FSB19001352 and FSB21000434 with extreme prejudice pursuant to the aforementioned and pursuant to U.S. Supreme Court Case U.S. v Throckmorton (1963) "fraud upon the court, by the court and the prosecution" and pursuant to California Penal Code Subsection(s) 1385 "In the Interest of Justice" With Prejudice.

**IT IS ORDERED THIS**_____20th_____**DAY**
**OF**_____OCTOBER_____**,2022, AT**_____10_____**AM/PM**


[X]  *Q Ali Bey W.O.P.* , **AUTHORIZED REPRESENTATIVE FOR Q ALI BEY**
**EXPRESS**   *Sui Juris*

**TRUST D/B/A QUINN SHINDA BASS AND BENEFICIAL OWNER OF QUINN SHINDA BASS**

**(COPYRIGHT) (TRADEMARK)**


[X]  *bass, quinn W.O.P.* , **SUI JURIS**
    *Sui Juris*


# RES JUDICATA


## DECLARATION

I declare under the penalty of perjury of the laws of the United States of America's California Republic the foregoing to be true and correct.

DATE:     10/20/2022                    ☒ 
                                              *SUI JURIS/ AUTHORIZED*
                                              *REPRESENTATIVE*

DATE:     10/20/2022                    ☒ *bass,quinn W. O.P.*
                                              *SUI JURIS*

# WITNESSES

We the undersigned Witnesses hereby STAND and Attest that Quinn-Shinda Bass©, signed this document
on this __20TH__ day of __OCTOBER__, 2022__, of his Own Free Will, as witnessed by Our
Signatures below:

☒ First Witness Signature   *Kenneth Talliver*

☒ Second Witness Signature

DocuSign Envelope ID: 46123F63-2879-4A95-AF4D-CE3E499A7944



**MEMORANDUM OF LAW IN SUPPORT OF NOTICE AND NOTICE OF MOTION AND ORDER**

**TO DISMISS WITH PREJUDICE**



## NOTICE

STATE OF CALIFORNIA    )                      CASE#FSB19001352/FSB21000434

                         ) ss                      JUDGE RONALD M. CHRISTIANSON

COUNTY OF SAN BERNARDINO   )              JUDGE GLENN YABUNO (PRESIDING)

CERT. MAIL #

**DATE: October 27th, 2022, (EX PARTE) (SPECIAL RESTRICTED APPEARANCE)**

Q ALI BEY EXPRESS TRUST D/B/A QUINN SHINDA BASS (COPYRIGHTED, TRADEMARK)

c/o P.O. Box 166

Highland, CA 92346

(Sui Juris)

**RE:**

**CLERK OF COURT**

Carmen Trutanich d/b/a CARMEN TRUTANICH d/b/a

COURT EXECUTIVE OFFICER

247 WEST THIRD STREET

SAN BERNARDINO, CA 92415

Jason Anderson d/b/a JASON ANDERSON

ATTOREY-AT-LAW/COUNCEL

SUPERIOR COURT OF CALIFORNIA COUNTY OF

SAN BERNARDINO CENTRAL DIVISION

SAN BERNARDINO, CA UNITED STATES OF AMERICA

1 OF 9

### MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS

Petitioner frivolous charges for case FSB21000434/FSB19001352:

Description

Statute

Level

Date

| 001 | PC69-F: Obstr/Resist Executive Officer 69 | Felony 01/29/2021 |
| 001 | PC12022.7(A)-E: Great Bodily Injury on Person 12022.7(A) | Enhancement 01/29/2021 |
| 001 | PC12022.1(B)-E: Commit Crime while on Bail/OR 12022.1(B) Enhancement 01/29/2021 |
| 002 | PC243(C)(2)-F: Battery Against Peace Officer 243(C)(2) | Felony 01/29/2021 |
| 002 | PC12022.7(A)-E: Great Bodily Injury on Person 12022.7(A) | Enhancement 01/29/2021 |
| 002 | PC12022.1(B)-E: Commit Crime while on Bail/OR 12022.1(B) Enhancement 01/29/2021 |
| 003 | PC69-F: Obstr/Resist Executive Officer 69 | Felony 01/29/2021 |
| 003 | PC12022.1(B)-E: Commit Crime while on Bail/OR 12022.1(B) Enhancement 01/29/2021, |
| 001 | PC69-F: Obstr/Resist Executive Officer 69 | Felony 03/29/2019 |
| 001 | PC12022.7(A)-E: GBI on Person 12022.7(A) | Enhancement 03/29/2019 |
| 002 | PC69-F: Obstr/Resist Executive Officer 69 | Felony 03/29/2019 |
| 999 | PC667.5(B)-E: Special Allegation: Prior-Any Felony 667.5(B) Enhancement 03/29/2019 |

There are numerous reasons justifying dismissal. First, the Court lacks subject matter

jurisdiction over all claims because pursuant to **28 U.S.C SUBSECTION(S) 1331** as follows:

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO is not the proper jurisdiction

pursuant to the **Peace and Friendship Treaty and Amnesty of 1786, Article 6 and 21 and Free**

**Moorish American Zodiac Constitution Article II, Paragraph II and United States Constitution**

2 of 9

DocuSign Envelope ID:46133F63-2879-4A95-AF4D-0E3E499A7944

Article III section 2. As well as , Resolution No. 75 Dated April 17th, 1933 Moorish American

Society of Philadelphia and use of their names, The Order of Melchizedek Genesis 14:18 verse

19, the California Constitution of 1849 Article I Declaration of Rights, along with the United

States Constitution (Bill of Rights), rights and protections guaranteed to myself from your

constitutional limits upon governmental authority including but not limited to your oath of

office pursuant to Article VI of the United States of America Constitution and the Code of

laws of the United States of America of a General and Permanent Character – Title 22.

Chapter 2 Section 141; furthermore, provided any violations against the aforementioned

Peace and Friendship Treaty and Amnesty of 1786, Article 6 and 21, and or United States and

provided were violated by a **"MOORISH AMERICAN NATIONAL"** the proper venue would be the

federal district court as that venue would be the starting point for any case arising under

federal statutes, the Constitution, or Treaties.


. Second, THE PEOPLE OF THE STATE OF CALIFORNIA lacks standing to assert charges of any kind with no evidence and no firsthand knowledge of the facts pursuant to the Brady Rule.

**Brady rule**

The Brady rule, named after Brady v. Maryland, 373 U.S. 83 (1963), requires prosecutors to disclose materially exculpatory evidence in the government's possession to the defense. A "Brady material" or evidence the prosecutor is required to disclose under this rule includes any evidence favorable to the accused--evidence that goes towards negating a defendant's guilt, that would reduce a defendant's potential sentence, or evidence going to the credibility of a witness.


If the prosecution does not disclose material exculpatory evidence under this rule, and prejudice has ensued, the evidence will be suppressed. The evidence will be suppressed regardless of whether the prosecutor knew the evidence was in his or her possession, or whether or not the prosecutor intentionally or inadvertently withheld the evidence from the defense.

3 of 9

Further, in cases subsequent to Brady, the Supreme Court has eliminated the requirement for a defendant to have requested a favorable information, stating that the Prosecution has a constitutional duty to disclose, that is triggered by the potential impact of favorable but undisclosed evidence See Kyles v. Whitley 514 U.S. 419, 434 (1995) and United States. v. Bagley, 473 U.S. 667 (1985).

The defendant bears the burden to prove that the undisclosed evidence was both material and favorable.  In other words, the defendant must prove that there is a "reasonable probability" that the outcome of the trial would have been different, had the evidence been disclosed by the prosecutor. See Kyles, 514 U.S. at 433 (1995).  Bagley and Kyles Court further defined the "materiality" standard, outlining the four aspects of materiality.  First, the "reasonable probability" of a different result is not a question of whether the defendant would more likely than not have received a different verdict with the evidence, but whether the government's evidentiary suppression undermines the confidence in the outcome of the trial.  The second aspect is that it is not a sufficiency of evidence test, and the defendant only has to show that the favorable evidence could reasonably be taken to put the whole case in such a different light as to undermine the confidence in the verdict.  Third aspect is that there is no need for a harmless error review, because a Brady violation, by definition, could not be treated as a harmless error. Fourth and final aspect of materiality the Kyles Court stressed was that the suppressed evidence must be considered collective, not item by item, looking at the cumulative effect to determine whether a reasonable probability is reached.  See Kyles, 514 U.S. at 433-438.

Third,

Petitioner never consented by affirmation, signature, Certificate of Participation or by any means to the aforementioned case numbers FSB19001352/FSB21000434 or any previous cases to move forward in any capacity and or give consent for any Bonds being created for any purposes; furthermore, the only Bonds authorized and filed for case numbers FSB19001352/FSB21000434 were to BOND these cases by way of GSA INDIVIDUAL SURETY BOND filed by bass, quinn W.O.P. in 2021.

**BACKGROUND AND PROCEDURAL HISTORY**

FSB19001352

Take notice that on March 29th, 2019, Petitioner and his wife were parked in a shopping center when SAN BERNARDINO COUNTY SHERIFF'S DEPUTIES, RESPONDEAT SUPERIOR made contact in an unmarked car with no probable cause (injured party, emergency, report of a crime and or suspicion of a crime being committed)

Take further notice that at the time of contact THE SAN BERNARDINO SHERIFF'S DEPARTMENT, RESPONDEAT SUPERIOR were involved in SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR'S SMASH GANG SWEEP where several Law Enforcement Agencies throughout the County of San Bernardino were involved in.

4 OF 9

Take further notice that SHERIFF DEPUTIES REVELES AND CRAIG KELLY made initial contact for an infraction (non-arrestable offense); furthermore, once petitioner questioned Agents about the validity of the contact, Deputy Reveles pulls out his firearm immediately putting the lives of petitioner and wife in danger.

Take further notice as Petitioner and wife were stepping out of private conveyance when petitioner was met with physical violence from the DEPUTY REVELELS furthermore, preventing petitioner from filming incident with cell phone while injuring petitioner with handling of unlawful detainment causing sprained right wrist as well as a Hernia Surgery some time later.

Take further notice that after in custody an unnamed SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT DEPUTY caused further injury to petitioner by twisting already sprained right wrist while inn handcuffs to get petitioner's wife to enter the unmarked car.


FSB21000434

Take Notice that on January 29th, 2021, SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR (S.W.A.T.) made contact with petitioner for an alleged Speeding violation (Infraction) (Non Arrestable Offense) at approx. 9:30 pm.

Take further notice that before a word was spoken OFFICER SHIPLEY reaches and pulls petitioners car door handle to open the door.

Take further notice that Petitioner asked Officer Shipley why contact being made and why emergency lights were being displayed.

Take further notice that Officer Shipley stated "Speeding" and requested for Personal Information

Take further notice that when petitioner reached to grab personal information requested by Officer Shipley, Shipley ordered Petitioner out of Car with no Probable Cause to do so; furthermore, Petitioner was complying, and Officer Shipley's partner Officer Robinson was observing petitioner's movements from the passenger side of the car and gave no indication of any wrongdoing.

Take further notice that Officer Shipley gave petitioner to the count of 3 to step out of the conveyance only to count to one then proceeding to break petitioner's window though petitioner had just agreed to step out of the conveyance, taking a moment to make sure petitioner was recording the incident.

Take further notice that petitioner was pulled out of private conveyance by force by Officer Shipley, Officer Robinson, and Officer McCaulley; furthermore, slammed headfirst into the bed of glass from window broken by Officer Shipley, along with suffering a severe sprained left elbow and broken right elbow.

Take further notice though petitioner sustained severe physical and head injury from SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT SUPERIOR, Paramedic on scene refused to take petitioner to Hospital; therefore, petitioner was forced to ride to the hospital in handcuffs with severe injuries.

5 of 9

MEMORANDUM OF POINTS AND AUTHORITES AND LAW

*42 U.S. Code § 1983 - Civil action for deprivation of rights*

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

*(R.S. § 1979; Pub. L. 96–170, § 1, Dec. 29, 1979, 93 Stat. 1284; Pub. L. 104–317, title III, § 309(c), Oct, 19, 1996, 110 Stat. 3853.)*

*42 U.S. Code § 1985 - Conspiracy to interfere with civil rights*

*(3) Depriving persons of rights or privileges*

If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

(R.S. § 1980.)

*Case U.S. v Throckmorton (1963)* "fraud upon the court, by the court and the prosecution"


**28 U.S. Code § 454**. Practice of law by justices and judges Any justice or judge appointed under the authority of the United States who engages in the practice of law is guilty of a **high misdemeanor**. (June 25, 1948, ch. 646, 62 Stat. 908 .)

**28 U.S. Code § 455** - Disqualification of justice, judge, or magistrate judge

**(4)**

6 of 9

DocuSign Envelope ID: 46123F63-2879-4A85-AF4D-CE3E499A7944

He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceeding;

**28 U.S. Code § 1331 - Federal question**

The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

(June 25, 1948, ch. 646, 62 Stat. 930; Pub. L. 85–554, § 1, July 25, 1958, 72 Stat. 415; Pub. L. 94–574, § 2, Oct. 21, 1976, 90 Stat. 2721; Pub. L. 96–486, § 2(a), Dec. 1, 1980, 94 Stat. 2369.),

Where the proceedings are void for want of jurisdiction, trespass for false imprisonment is the ordinary remedy, since no proof is requisite than the proof of arrest or detention, and of the illegality of the proceedings. Upon this proof the plaintiff is entitled to compensatory damages. *Jay v Almy, 1 W. & M. 262; Blythe v. Tompkins, 2 Abb. Pr. 468*

*Administrative Procedures Act of 1946 2. Informal Rulemaking. 5 U.S.C. par. 553 (a), (b), (c), (d), (e) governs informal rulemaking. (a)This section applies, according to the provisions thereof, except to* the extent that there is involved—

(1)

a military or foreign affairs function of the United States; or

(2)

a matter relating to agency management or personnel or to public property, loans, grants, benefits, or contracts.

(b)General notice of proposed rule making shall be published in the Federal Register, unless persons subject thereto are named and either personally served or otherwise have actual notice thereof in accordance with law. The notice shall include—

(1)

a statement of the time, place, and nature of public rule making proceedings;

(2)

reference to the legal authority under which the rule is proposed; and

(3)

either the terms or substance of the proposed rule or a description of the subjects and issues involved.

Except when notice or hearing is required by statute, this subsection does not apply—

(A)

to interpretative rules, general statements of policy, or rules of agency organization, procedure, or practice; or

(B)

when the agency for good cause finds (and incorporates the finding and a brief statement of reasons therefor in the rules issued) that notice and public procedure thereon are impracticable, unnecessary, or contrary to the public interest.

(c)

After notice required by this section, the agency shall give interested persons an opportunity to participate in the rule making through submission of written data, views, or arguments with or without opportunity for oral presentation. After consideration of the relevant matter presented, the agency shall incorporate in the rules adopted a concise general statement of their basis and purpose. When rules are required by statute to be made on the record after opportunity for an agency hearing, sections 556 and 557 of this title apply instead of this subsection.

(d)The required publication or service of a substantive rule shall be made not less than 30 days before its effective date, except—

(1)

a substantive rule which grants or recognizes an exemption or relieves a restriction;

(2)

interpretative rules and statements of policy; or

(3)

as otherwise provided by the agency for good cause found and published with the rule.

(e)

Each agency shall give an interested person the right to petition for the issuance, amendment, or repeal of a rule.

(Pub. L. 89–554, Sept. 6, 1966, 80 Stat. 383.)


**CONCLUSION**


Take further notice that there is no video and or audio evidence of an actual crime and or violation being committed against The Peace and Friendship Treaty and Amnesty of 1786, Article 6 and 21 and/or The United States Constitution; furthermore, SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO CENTRAL DIVISION is not the proper jurisdiction when dealing with the U.S. Constitution and or Treaties pursuant to **28 U.S.C SUBSECTION(S) 1331;** furthermore, let the record reflect that Q. Ali Bey authorized representative and Trustee for Q. Ali Bey Express Trust beneficial owner of QUINN SHINDA BASS (copyright), (trademark) does hereby move this court to dismiss/quash criminal cases



DocuSign Envelope ID: 46123F63-2673-4A95-AF4D-CE3E499A7944

FSB19001352 and FSB21000434 with extreme prejudice pursuant to the aforementioned and pursuant to California Penal Code Subsection(s) 1385 "In the Interest of Justice" With Prejudice along with CA Penal Code 995 due to Court lacks jurisdiction to consider them, and even if it had jurisdiction, they would all fail on the merits pursuant to **28 USC § 454 and 28. USC § 455 (b) (4)** and U.S. Supreme Court Case U.S. v Throckmorton (1963) "fraud upon the court, by the court and the prosecution due to the fact that Petitioner never consented by affirmation, signature, Certificate of Participation or by any means to the aforementioned case numbers FSB19001352/FSB21000434 or any previous cases to move forward in any capacity and or give consent for any Bonds being created for any purposes; furthermore, the only Bonds authorized and filed for case numbers FSB19001352/FSB21000434 were to BOND these cases by way of GSA INDIVIDUAL SURETY BOND filed by bass, quinn W.O.P. in 2021.

**DECLARATION**

I Declare under the penalty of perjury of the laws of the United States of America's California Republic the foregoing to be true and correct.

DATE:   10/24/2022

DATE:   10/24/2022



***1849 CALIFORNIA CONSTITUTION ARTICLE I.   DECLARATION OF RIGHTS.***
***SECTION SEC. 12. The military shall be subordinate to the civil power.*** Notice of Special Restricted Appearance : Q. Ali Bey W.O.P Authorized Representative for Q ALI EXPRESS TRUST d/b/a QUINN SHINDA BASS Beneficial Owner of QUINN SHINDA BASS.®©™

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA | § | Case Number: FSB19001352/FSB21000434 |
| | § | |
| v. | § | NOTICE OF MOTION AND |
| QUINN S. BASS | § | MOTION TO DENY CONSENT |
| (Petitioner) | § | TO THIS ADMINISTRATIVE |
| | § | COURT |

The Administrative Procedure Act (APA), Pub.L. 79–404, 60 Stat. 237
The Administrative Procedure Act (APA), Pub.L. 79–404, 60 Stat. 237

(1.)    According to the APA of 1946 this court is not a real court of law established by Article III of the Constitution of the United States of America, it conducts trial like proceedings in which i don't agree to being a part of.

(2.)    The APA requires that to set aside agency actions that are not subject to formal triallike procedures, the court must conclude that the regulation is "arbitrary and capricious, an abuse of discretion, or otherwise not in accordance with the law."

(3.)    In contrast, the courts tend to look much harder at decisions resulting from trial-like procedures because they resemble actual trial-court procedures, but Article III of the Constitution reserves the judicial powers for actual courts. Accordingly, courts are strict under the substantial evidence standard when agencies acts like courts because being strict gives courts the final say, preventing agencies from using too much judicial power in violation of separation of powers.

(4.)    In conclusion i will not participate in a Administrative proceeding.



***1849 CALIFORNIA CONSTITUTION ARTICLE I.   DECLARATION OF RIGHTS.***
***SECTION SEC. 12. The military shall be subordinate to the civil power.*** Notice of Special
Restricted Appearance : Q. Ali Bey W.O.P Authorized Representative for Q ALI
EXPRESS TRUST d/b/a QUINN SHINDA BASS Beneficial Owner of QUINN
SHINDA BASS.®©™

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United
States of America that the foregoing is true and correct. 06/08/2022

☒ By : bass, quinn W.O.P©          ☒ By : Q. ali Bey, W.O.P©™
QUINN S. BASS                              Q. Ali Bey, AUTHORIZED REPRESENTATIVE


In Witness Whereof, I have hereunto subscribed my name and
affixed my Notarial Seal on the day and year last above written.


_____     _____
   Notary Public                      My commission expires:


**SEE ATTACHED
NOTARIAL CERTIFICATE**

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate
is attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of San Bernadino

Subscribed and sworn to (or affirmed) before me on this 11
day of June , 20 22 , by Quinn Shinda Bass

proved to me on the basis of satisfactory evidence to be the
person(s) who appeared before me.

R. COOK
Notary Public - California
San Bernardino County
Commission # 2353697
My Comm. Expires Apr 4, 2025

(Seal)                    Signature

# The 10 Maxims of Commercial Law

1. A workman is worthy of his hire.
2. All are equal under the law.
3. In commerce, truth is sovereign.
4. Truth is expressed in the form of an affidavit.
5. An unrebutted affidavit stands as truth in commerce.
6. An unrebutted affidavit becomes judgment in commerce.
7. A matter must be expressed to be resolved.
8. He who leaves the field of battle first loses by default.
9. Sacrifice is the measure of credibility.
10. A lien or claim can be satisfied only through (a) rebuttal by counter affidavit point by point; (b) resolution by a jury; or (c) payment or performance of the claim

"All crimes are commercial." (In their corporate democracy form of 'government'.) 27 § 72.11. When one actually "knows" the "why" of this fact, he will gain greater insight of the operations of "law" today.

1

## VII. DEMAND FOR JURY TRIAL

2

3

4   Plaintiff hereby requests a jury trial on all issues raised in this complaint.

5

6

7   Dated: _16 DECEMBER 2022_

8

9

10   Sign: ☒ By: _bassy quinn W.O.P.©m_

11   Print Name: _QUINN BASS W.O.P._

12   Plaintiff in pro per /SUI JURIS

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28